UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :
OLIVER SHIH, *individually and on behalf of all others similarly situated*,
                        :    24-cv-988 (AS)

           Plaintiff,

                        :    <u>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS</u>

        -v-

AMYLYX PHARMACEUTICALS, INC., et al.,

           Defendants.
------------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

      On February 9, 2024, Plaintiff filed a putative class action on behalf of all persons and entities other than Defendants that purchased or otherwise acquired Amylyx securities between November 11, 2022, and November 8, 2023. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than March 4, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: February 12, 2024
New York, New York                                 ARUN S. SUBRAMANIAN
United States District Judge