**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVER SHIH, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:24-cv-00988-AS |
| v. | |
| AMYLYX PHARMACEUTICALS, INC., JOSHUA B. COHEN, JUSTIN B. KLEE, JAMES M. FRATES, and MARGARET OLINGER, | **NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO TRANSFER** |
| Defendants. | |

 **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Gina Mazzariello, Defendants Amylyx Pharmaceuticals, Inc., Joshua B. Cohen, Justin B. Klee, James M. Frates, and Margaret Olinger, will move this Court for an Order pursuant to 28 U.S.C. § 1404(a) to transfer this putative securities class action filed by Plaintiff Oliver Shih to the United States District Court for the District of Massachusetts, Boston Division.

                Respectfully submitted,

Dated: July 11, 2024

                GOODWIN PROCTER LLP

                /s/ *Caroline H. Bullerjahn*
                Caroline H. Bullerjahn
                Morgan R. Mordecai
                100 Northern Avenue
                Boston, MA 02210
                Tel.: 617-570-1000
                Fax: 617-523-1231
                cbullerjahn@goodwinlaw.com
                mmordecai@goodwinlaw.com

                *Counsel for Defendants*