**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OLIVER SHIH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYLYX PHARMACEUTICALS, INC., JOSHUA B. COHEN, JUSTIN B. KLEE, JAMES M. FRATES, and MARGARET OLINGER, <br><br> Defendants. | Case No. 1:24-cv-00988-AS |

**DECLARATION OF GINA MAZZARIELLO IN SUPPORT OF DEFENDANTS'**
**UNOPPOSED MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

I, Gina Mazzariello, declare as follows:

1.      The statements made herein are based on my personal knowledge, and if called upon to do so, I could testify competently thereto under oath. I make this declaration in support of Defendants Amylyx Pharmaceuticals, Inc. ("Amylyx" or the "Company"), Joshua B. Cohen, Justin B. Klee, James M. Frates, and Margaret Olinger (collectively, "Individual Defendants," and together with Amylyx, "Defendants") Unopposed Motion to Transfer Under 28 U.S.C. § 1404(a).

2.      I am the Chief Legal Officer and General Counsel of Amylyx. As part of my role as Chief Legal Officer and General Counsel, I am responsible for advising Amylyx's corporate officers and Board members on a variety of legal and regulatory issues.

3.     Amylyx maintains its corporate headquarters and office space in Cambridge, Massachusetts.  Amylyx does not maintain any other offices in the United States outside of Massachusetts.

4.     Amylyx has a hybrid remote/in-office work policy.  When working in-office, Amylyx employees work in Amylyx's office in Cambridge, Massachusetts.

5.     During the relevant period for this litigation, three of the four the Individual Defendants—Joshua Cohen, Co-Founder and Co-Chief Executive Officer; Justin Klee, Co-Founder and Co-Chief Executive Officer; and James Frates, Chief Financial Officer—worked at Amylyx's office in Massachusetts.

6.     Mr. Cohen, Mr. Klee, and Mr. Frates are currently the Co-Founders and Co-Chief Executive Officers, and Chief Financial Officer, respectively.

7.     Mr. Cohen lives in Somerville, Massachusetts, Mr. Klee lives in Cambridge, Massachusetts, Mr. Frates lives in Needham, Massachusetts, and Ms. Olinger lives in West Haven, Connecticut. Thus, all of the Individual Defendants live within or close to the District of Massachusetts.

8.     Amylyx conducts all earnings calls, drafts and issues all press releases, and prepares, reviews, and approves all public filings at its Cambridge, Massachusetts office, including the public filings, press releases, and earnings calls containing the statements challenged in Plaintiff's Amended Complaint.

9.     Amylyx's IT department, which maintains the Company's hardware and software systems within the organization, is based in Amylyx's Cambridge, Massachusetts office.

10.    I have reviewed Plaintiff's Amended Complaint and the names of current and former employees of Amylyx contained therein. Beth Kinsella lives in Massachusetts; Tim Lee lives in Connecticut; Laura Jamieson lives in Massachusetts; Dave MacLeod lives in Massachusetts; Keith White lives in New Hampshire; Sue Dyer lives in Massachusetts; John Landry lives in Connecticut; and Shauna Horvath lives in Massachusetts.

11.    As of December 31, 2023, Amylyx had 384 full-time employees. On April 4, 2024, Amylyx announced that it would reduce its workforce by approximately 70% due to Amylyx's decision to voluntarily remove RELYVRIO® from the market.  The reduction in force impacted nearly every team at the Company. Amylyx currently employs 121 people.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 11, 2024

Gina Mazzariello, J.D.