UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER SHIH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMYLYX PHARMACEUTICALS, INC., JOSHUA B. COHEN, JUSTIN B. KLEE, JAMES M. FRATES, and MARGARET OLINGER,<br><br>    Defendants. | Case No. 1:24-cv-00988-AS |

## ORDER GRANTING MOTION TO TRANSFER

Having considered Defendants Amylyx Pharmaceuticals, Inc., Joshua B. Cohen, Justin B. Klee, James M. Frates, and Margaret Olinger's Unopposed Motion to Transfer Venue (the "Motion"), the Court hereby GRANTS the motion and ORDERS that the Clerk shall transfer this case to the United States District Court for the District of Massachusetts, Boston Division. It is further ORDERED that all outstanding motions and other pending issues are reserved for resolution by the transferee court and are terminated from this Court's docket.

**SO ORDERED**

Dated: July 12, 2024

                                                                                       Hon. Arun Subramanian

                                                                                       United States District Judge