## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER SHIH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYLYX PHARMACEUTICALS, INC., JOSHUA B. COHEN, JUSTIN B. KLEE, JAMES M. FRATES, and MARGARET OLINGER,<br><br>Defendants. | Case No. 1:24-cv-12068-NMG |

### DECLARATION OF MORGAN MORDECAI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Morgan Mordecai, declare as follows:

1.      I am a partner of the law firm of Goodwin Procter LLP, counsel to Defendants Amylyx Pharmaceuticals, Inc. ("Amylyx"), Joshua B. Cohen, Justin B. Klee, James M. Frates, and Margaret Olinger (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached as Exhibit A for the Court's convenience is a chart that summarizes the Amended Class Action Complaint's (the "AC") alleged false and misleading statements and the applicable bases for dismissal as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Brief") at 7-11, 13.

3.      Attached as Exhibit B for the Court's convenience is a chart that summarizes Amylyx's disclosures regarding key metrics from the Company's earnings calls and provides additional context omitted from the AC.  The disclosures summarized in Exhibit B appeared in Amylyx's earnings calls in Q4 2022, Q1 2023, Q2 2023, and Q3 2023, which are incorporated

by reference in the AC. Documents referenced in Exhibit B are attached as Exhibits I, L, O, R and the relevant language is highlighted for the Court's convenience.

4.     Attached as Exhibit C for the Court's convenience is a chart that summarizes the risk disclosures that are cited on pages 3 and 9 of the Brief.  The disclosures summarized in Exhibit C appeared in Amylyx's SEC filings, earnings call transcripts, or other documents incorporated by reference in the AC. Excerpts of the documents referenced in Exhibit A are attached as Exhibits G, I, J, L, M, O, P, R, S. For the Court's convenience, the relevant language is highlighted in each exhibit.

5.     Attached as Exhibit D is a true and correct copy of Amylyx's Q3 2022 Press Release, entitled "Amylyx Pharmaceuticals Reports Third Quarter 2022 Financial Results," dated November 10, 2022, as referenced at AC ¶ 87.

6.     Attached as Exhibit E is a true and correct copy of the transcript of Amylyx's Q3 2022 Earnings Call, dated November 10, 2022, as referenced at AC ¶¶ 88-92.

7.     Attached as Exhibit F is a true and correct copy of Amylyx's Form 8-K, filed with the SEC on February 14, 2023, as referenced at AC ¶¶ 93, 94.

8.     Attached as Exhibit G is a true and correct copy of excerpts of Amylyx's 2022 Form 10-K, filed with the SEC on March 13, 2023, as referenced at AC ¶¶ 32, 104-107, 137.

9.     Attached as Exhibit H is a true and correct copy of Amylyx's Q4/FY 2022 Press Release, entitled "Amylyx Pharmaceuticals Reports Fourth Quarter and Full Year 2022 Financial Results," dated March 13, 2023, as referenced at AC ¶ 95.

10.     Attached as Exhibit I is a true and correct copy of the transcript of Amylyx's Q4 2022 Earnings Call, dated March 13, 2023, as referenced at AC ¶¶ 34, 96-99, 101, 103.

11.     Attached as Exhibit J is a true and correct copy of excerpts of Amylyx's Q4 2022 Form 10-Q, filed with the SEC on March 13, 2023.

12.     Attached as Exhibit K is a true and correct copy of Amylyx's Q1 2023 Press Release, entitled "Amylyx Pharmaceuticals Reports First Quarter 2023 Financial Results," dated May 11, 2023, as referenced at AC ¶ 111.

13.     Attached as Exhibit L is a true and correct copy of the transcript of Amylyx's Q1 2023 Earnings Call, dated May 11, 2023, as referenced at AC ¶¶ 112-117.

14.     Attached as Exhibit M is a true and correct copy of excerpts of Amylyx's Q1 2023 Form 10-Q, filed with the SEC on May 11, as referenced at AC ¶¶ 118, 119.

15.     Attached as Exhibit N is a true and correct copy of Amylyx's Q2 2023 Press Release, entitled "Amylyx Pharmaceuticals Reports Second Quarter 2023 Financial Results," dated August 10, 2023, as referenced at AC ¶ 121.

16.     Attached as Exhibit O is a true and correct copy of the transcript of Amylyx's Q2 2023 Earnings Call, dated August 10, 2023, as referenced at AC ¶¶ 35, 37, 122-128.

17.     Attached as Exhibit P is a true and correct copy of excerpts of Amylyx's Q2 2023 Form 10-Q, filed with the SEC on August 10, 2023, as referenced at AC ¶¶ 129, 130.

18.     Attached as Exhibit Q is a true and correct copy of Amylyx's Q3 Press Release, entitled "Amylyx Pharmaceuticals Reports Third Quarter 2023 Financial Results," dated November 9, 2023, as referenced at AC ¶¶ 5, 87, 138.

19.     Attached as Exhibit R is a true and correct copy of the transcript of Amylyx's Q3 2023 Earnings Call, dated November 9, 2023, as referenced at AC ¶¶ 49, 88-91, 138, 139, 141-144, 159.

20.     Attached as Exhibit S is a true and correct copy of Amylyx's Q3 2023 Form 10-

Q, filed with the SEC on November 9, 2023.

21.    Attached as Exhibit T is a true and correct copy of the Bank of America Securities Analyst Report titled "Amylyx Pharmaceuticals, Patient growth slowing down but focus remains on TUDCA-ALS & PHOENIX," dated November 9, 2023.

22.    Attached as Exhibit U is a true and correct copy of Amylyx's Press Release, entitled "Amylyx Pharmaceuticals Announces Topline Results from Global Phase 3 PHOENIX Trial of AMX0035 in ALS," dated March 8, 2024, as referenced at AC ¶¶ 148, 150.

23.    Attached as Exhibit V for the Court's convenience is a chart that summarizes (i) Joshua B. Cohen's holdings in Amylyx securities at the beginning and end of the Class Period and (ii) Joshua B. Cohen's sales of Amylyx securities during the Class Period, as described in the Brief at 18-19 and referenced at AC ¶ 16. The information contained in Exhibit V is compiled from Amylyx's SEC filings attached as Exhibit W.

24.    Attached as Exhibit W are true and correct copies of Forms 4 filed with the SEC for Joshua B. Cohen during the Class Period and during the 10 months preceding the Class Period and excerpts of Amylyx's Schedule 14A Proxy Statements filed with the SEC on April 29, 2022 and April 27, 2023, which concern Joshua B. Cohen's holdings and sales of Amylyx securities as referenced at AC ¶¶ 16, 157.

25.    Attached as Exhibit X for the Court's convenience is a chart that summarizes (i) Justin B. Klee's holdings in Amylyx securities at the beginning and end of the Class Period and (ii) Justin B. Klee's sales of Amylyx securities during the Class Period, as described in the Brief at 18-19 and referenced at AC ¶¶ 17, 157. The information contained in Exhibit X is compiled from Amylyx's SEC filings attached as Exhibit Y.

26.    Attached as Exhibit Y are true and correct copies of Forms 4 filed with the SEC

for Justin B. Klee during the Class Period and during the 10 months preceding the Class Period and excerpts of Amylyx's Schedule 14A Proxy Statements filed with the SEC on April 29, 2022 and April 27, 2023, which concern Justin B. Klee's holdings and sales of Amylyx securities as referenced at AC ¶¶ 17, 157.

27.    Attached as Exhibit Z for the Court's convenience is a chart that summarizes (i) James M. Frates's holdings in Amylyx securities at the beginning and end of the Class Period and (ii) James M. Frates's sales of Amylyx securities during the Class Period, as described in the Brief at 18-19 and referenced at AC ¶¶ 18, 157. The information contained in Exhibit Z is compiled from Amylyx's SEC filings attached as Exhibit AA.

28.    Attached as Exhibit AA are true and correct copies of Forms 4 filed with the SEC for James M. Frates during the Class Period and during the 10 months preceding the Class Period and excerpts of Amylyx's Schedule 14A Proxy Statements filed with the SEC on April 29, 2022 and April 27, 2023, which concern James M. Frates's holdings and sales of Amylyx securities as referenced at AC ¶¶ 18, 157.

29.    Attached as Exhibit BB is a true and correct copy of the Journal of Managed Care & Specialty Pharmacy research article, entitled "The Reemergence of Specialty Pharmacy," dated February 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2024                           Respectfully submitted,

                                                   /s/ *Morgan Mordecai*

                                                   GOODWIN PROCTER LLP
                                                   100 Northern Avenue
                                                   Boston, MA 02210
                                                   Tel.: 617-570-1000
                                                   Fax: 617-523-1231
                                                   mmordecai@goodwinlaw.com

## CERTIFICATE OF SERVICE

I, Morgan Mordecai, hereby certify that a copy of the foregoing Declaration of Morgan Mordecai in Support of Defendants' Motion to Dismiss the Amended Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 6, 2024                                                  */s/ Morgan Mordecai*