# EXHIBIT A

**Alleged Misleading Statements and Omissions**

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
|---|------|-----------------|-----------------------------------------------|:---:|:---:|:---:|
| | | | | **Why Statement Is Not Actionable** | | |
|  | | | **Statements Regarding Interest and Demand** | | | |
| 1 | 87 | Q3 2022 Press Release (Nov. 10, 2022) | We are thrilled that RELYVRIO . . . [is] now available to people living with ALS in the U.S. . . . and *we are encouraged by . . . the rate of new prescriptions for this important new therapeutic option*. We continue to work expeditiously during the early stages of our commercial launch to ensure every eligible person living with ALS will gain access as quickly and efficiently as possible. | ✓ | ✓ | ✓ |
| 2 | 88 | Q3 2022 Earnings Call (Nov. 10, 2022) | Given we are only a few weeks into the launch in the U.S., it is too early to discuss specific expectations. *But we are encouraged by the initial engagement with both physicians and with people living with ALS.* | ✓ | ✓ | ✓ |
| 3 | 89 | Q3 2022 Earnings Call (Nov. 10, 2022) | "We are excited about the strong initial interest that we are seeing only a couple of weeks into launch" of Relyvrio. | ✓ | | ✓ |

[1] The bold and italicized script was added by Plaintiff (AC ¶¶ 81-131) and is shown here for convenience to identify the specific language being challenged.

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 4 | 90 | Q3 2022 Earnings Call (Nov. 10, 2022) | In the days and weeks following the FDA's approval of RELYVRIO on September 29, *we immediately started receiving enrollments and prescriptions through the Amylyx Care Team*, and have heard very positive feedback from physicians in the ALS community about the level of support we are providing. Importantly, on October 24, the first shipment of RELYVRIO from one of our specialty pharmacies was sent to a person living with ALS earlier than we had originally anticipated. *In regard to interest in RELYVRIO, we are seeing a solid initial bolus*, including an encouraging number of products enrollment forms and prescriptions coming into the Amylyx Care Team. This initial excitement has also been widespread across the country, and not limited to one geography or group of physicians. The field teams have engaged with clinicians throughout the country, and the feedback from those serving the community has been positive. | ✓ | | ✓ |
| 5 | 93 | Form 8-K (Feb. 14, 2023) | The Company *has observed higher demand for RELYVRIO in the U.S. than initially anticipated pre-launch and, as a result, expects to meaningfully exceed fourth quarter and full-year 2022 Wall Street research analyst consensus estimates for revenue*. | ✓ | ✓ | |
| 6 | 95 | Q4/FY 2022 Press Release (Mar. 13, 2023) | 2022 was an exceptionally exciting year for Amylyx, culminating with the approval of RELYVRIO in the U.S. . . . . *Our commercial launch is off to a strong start, and we are encouraged by the engagement we have seen from physicians*, people living with ALS, and payors . . . . [W]e remain focused on our efforts to engage stakeholders throughout the ALS community as we work to drive the broadest coverage possible for this important new therapeutic option. | ✓ | ✓ | ✓ |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 7 | 96 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | Since the approval, *we have seen strong interest in RELYVRIO and we are encouraged by the early success of our commercial launch.* | ✓ | ✓ | ✓ |
| 8 | 97 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *We're pleased to share that at this point in our launch we're meaningfully ahead of our expectations and encouraged by the interest and demand we've seen from the ALS community*. [Defendant Olinger] will share some of the important early metrics that we're tracking, which should help you model our near-term opportunity and the total addressable market for the longer term, but first I'll summarize Q4. | ✓ | ✓ | ✓ |
| 9 | 97 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | Net product revenues were $21.9 million for the quarter and $22.2 million for the year with the vast majority of that revenue from the [U.S.] As you'll hear from Margaret in a few minutes, *we're seeing robust demand from the ALS community*. Gross-to-net adjustments were approximately 18% in the quarter and in-line with our expectations. We expect gross-to-net to remain in the 15% to 20% range for the year starting at the higher end of that range in Q1 due to the annual reset of co-pays and deductibles in Medicare Part D reenrollment as of January 1st. | ✓ | | ✓ |
| 10 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | [W]e are seeing our efforts *yield strong results and have observed rapid uptakes* on the FDA's approval on September 29. There were just over 1300 people living with ALS on RELYVRIO in the [U.S.] at the end of 2022, *and uptake has continued since then*. | ✓ | | ✓ |

3

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 11 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *We remain optimistic about our ability to continue growing from here as we believe people with ALS and their clinicians are eager to learn about and try new treatment options.* | ✓ | ✓ | ✓ |
| 12 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *By the end of this quarter we believe we are on our pace to roughly double the amount of people on RELYVRIO on a net basis.* | ✓ | ✓ | ✓ |
| 13 | 99 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *[W]e're seeing the demand increase, right?* And again, [Defendant Olinger] mentioned there were 1300 patients on drug at the end of 12/31 and at the end of Q4, and we're looking at roughly doubling that as we get to the end of March, so 2,600 patients plus or minus. | ✓ | ✓ | |
| 14 | 99 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | And I think I guess I would just say, *we're off to a really good launch*. I think we're probably going to be able to more than double our revenues in Q1. I'd say we'd be closer to tripling our revenues than we are to doubling our revenues, but wouldn't want to give more guidance than that. | ✓ | ✓ | ✓ |
| 15 | 101 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *So we just want to reiterate, we are very pleased with the growth we're seeing in the second, in Q4 of 2022 and so far this year. And we are -- and things are going really well. We're seeing an initial bolus in demand. And to be honest with you, we just don't know how big this bolus will be or how long it will last.* | ✓ | ✓ | ✓ |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 16 | 101 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *But we expect continued growth and interest in demand as the initial prescribing has been relatively concentrated as I mentioned. We have a large untapped opportunity to build on in our ongoing outreach and education and efforts. We really see that we have a lot of runway ahead of us.* | ✓ | ✓ | |
| 17 | 103 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | [I]n terms of the slope of the ramp, to your point, it is very early months of the launch, *but we are seeing very encouraged [sic] levels of interest from both people living with ALS and clinicians* and we said that Q4, we ended with 13 [later changed by the Company to "1300"] people on therapy. We expect to double that by the end of Q1. | ✓ | ✓ | ✓ |
| 18 | 103 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | And while we do have that initial bolus of demand, we don't know how big and how long that will last, *we do really are very confident in the long runway we have ahead of us*. | ✓ | ✓ | ✓ |
| 19 | 104 | 2022 Form 10-K (Mar. 13, 2023) | Since obtaining regulatory approval, *we have seen strong interest in AMX0035, and we are encouraged by the early success of our commercial launch*. | ✓ | ✓ | ✓ |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 20 | 105 | 2022 Form 10-K (Mar. 13, 2023) | The 2022 10-K also represented that "*as we begin to commercialize RELYVRIO in the U.S. . . . and learn more about market dynamics . . . our view of our products' initial potential market opportunity will become more refined*." <br> In discussing Amylyx's strategy to "[e]ffectively and efficiently commercializ[e] RELYVRIO for ALS in adults in the U.S," the 2022 10-K touted the Company's "*commercial capabilities*, coupled with our understanding of the ALS patient and medical community," as a key element that "*will enable us to successfully commercialize RELYVRIO* for ALS in the U.S." | ✓ | ✓ | |
| 21 | 111 | Q1 2023 Press Release (May 11, 2023) | During [Q1], we made significant progress on our commercial launches of RELYVRIO in the U.S. . . . as we advanced our goal of ensuring efficient access for every eligible person living with ALS. *We continue to see strong engagement and interest from physicians and the ALS community* and are encouraged that the vast majority of payors who have published formal policy decisions are providing broad access to RELYVRIO. | ✓ | ✓ | ✓ |
| 22 | 112 | Q1 2023 Earnings Call (May 11, 2023) | *Our commercial ramp in the U.S. . . . is proceeding very well* . . . . And we achieved our first quarter of profitability in just the second quarter of our commercial launch in the U.S. <br><br> *In [Q1], we saw a continued high level of interest from the ALS community* and RELYVRIO broadened insurance coverage, and high levels of engagement with our Amylyx care team, also known as act, just two quarters into launch over 10% of the approximately 29,000 people living with ALS in the US are now on RELYVRIO. *Even with that success in our first six months, we have more to do*. There remain many more 1000s of people living with ALS in the US and at least 200,000 people living with ALS globally. *We are still in the early stages of our journey, and our team remains hard at work.* | ✓ | | ✓ |

6

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 23 | 113 | Q1 2023 Earnings Call (May 11, 2023) | I want to pause a moment on our overall financial results *with the strong demand for RELYVRIO driving near term profitability ahead of our expectations. We want to reiterate our long term financial goals driving top line revenues as RELYVRIO become standard of care, growing profitability for our investors, and investing in a pipeline that has the potential to provide much needed treatments for neurodegenerative diseases. We're well-positioned to build a profitable financially strong organization for the long term* . . . . *We're currently in a position to fund the programs, we discussed it without the need to raise additional capital.* | ✓ | ✓ | |
| 24 | 113 | Q1 2023 Earnings Call (May 11, 2023) | *We're encouraged by the strong interest in demand we continue to see from the ALS community.* From a financial point of view, our business [is] strong. Net product revenue were $71.4 million for the quarter, compared to net product revenue of $21.9 million for the fourth quarter of 2022 with the vast majority of that revenue from the [U.S.] | ✓ | ✓ | ✓ |
| 25 | 114 | Q1 2023 Earnings Call (May 11, 2023) | *We are seeing continued interest and demand for RELYVRIO.* As of March 31, there were roughly 3000 people on RELYVRIO in the US more than double the number of people on RELYVRIO at the start of the quarter. We are pleased that this many people have gained access to our important treatment. | ✓ | | |
| 26 | 114 | Q1 2023 Earnings Call (May 11, 2023) | …"[w]e continue to see a wide range of people living with ALS in terms of time sense [sic] initial diagnosis, interested in and gaining access to RELYVRIO." | ✓ | | |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 27 | 114 | Q1 2023 Earnings Call (May 11, 2023) | I think it's worth spending a minute to provide some additional context on the strength of our launch. While we knew there was pent up demand, *the fourth quarter and first quarter, were still well ahead of our expectations*. The rate of net patient's [indiscernible] has begun to moderate as expected. *However, we still see significant demand for people living with ALS, and physicians alike. Importantly, we still have plenty of room for growth, both at the top ALS centers, and the broader neurology community*. | ✓ | ✓ | |
| 28 | 115 | Q1 2023 Earnings Call (May 11, 2023) | [W]e continue to be incredibly pleased with our launch today . . . . [*I]f I could just reiterate a few key points, we ended the quarter with roughly 3000 patients, again, double what we started with at the beginning of the quarter*. | ✓ | | ✓ |
| 29 | 115 | Q1 2023 Earnings Call (May 11, 2023) | *And that's about 10% of the 29,000 patients living with ALS. So not surprisingly, our net patient ads can't double forever*. So in Q2 we are expecting the number will be lower than what we delivered in Q4 and Q1. *I think more importantly, we continue to see significant interest in demand for RELYVRIO* both from patients and HCP. | ✓ | ✓ | |
| 30 | 116 | Q1 2023 Earnings Call (May 11, 2023) | *Regarding the bolus, it's really too early to tell when the bolus will finish. But what I can say is that we know in Q4 and in Q1, we did see that high level of demand due to the pent up demand that we had. And they were quite frankly, even ahead of our expectations. So we have begun to see the rate and new patient ads moderate.* | ✓ | ✓ | |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 31 | 117 | Q1 2023 Earnings Call (May 11, 2023) | So we're not providing any guidance on the number of patients for the quarter again, I'll just go back to, we think our net patient adds, they can't double forever. So we'll be lower in Q2 than we've been able to deliver in Q4, Q1 because we believe that was the initial pent up demand. ***Again, we don't know, when that bolus will be over. So it's hard for us to really give any guidance on that.*** | ✓ | ✓ | |
| 32 | 121 | Q2 2023 Press Release (Aug. 10, 2023) | "*We made strong and steady progress on our commercial launches in [Q2]*, supporting people living with ALS with increased access to RELYVRIO." | ✓ | | ✓ |
| 33 | 122 | Q2 2023 Earnings Call (Aug. 10, 2023) | ***In [Q2], we made significant progress in bringing RELYVRIO . . . to people with ALS in the US[.]*** Let me walk you through our progress. ***Our commercial organization is off to a strong start . . . as evidenced by the strong and steady demand we saw in [Q2].*** As of June 30, 2023, there were roughly 3,800 people on RELYVRIO in the US, up from roughly 3,000 people on RELYVRIO as of March 31, 2023 and just over 1,300 at the end of 2022. | ✓ | | ✓ |
| 34 | 123 | Q2 2023 Earnings Call (Aug. 10, 2023) | ***We're encouraged by the strong interest and demand we continue to see from the ALS community in the second quarter. From a financial point of view, our business remains strong.*** Net product revenues were $98.2 million for the quarter, compared to net product revenue of $71.4 million for the first quarter of 2023, with the vast majority of that revenue coming from the [U.S.] | ✓ | | ✓ |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 35 | 124 | Q2 2023 Earnings Call (Aug. 10, 2023) | *During [Q2], interest in and demand for RELYVRIO continued to build at a steady pace from both those that are newly diagnosed and people who have been living with ALS for years.* | ✓ | | |
| 36 | 126 | Q2 2023 Earnings Call (Aug. 10, 2023) | *Maybe I'll just start with your question regarding the bolus. We continue to be pleased that the interest in and demand for RELYVRIO, continues to be as at a very strong pace and I think importantly includes a mix of both newly diagnosed patients and people who have been diagnosed and living with ALS for many years.* | ✓ | | |
| 37 | 126 | Q2 2023 Earnings Call (Aug. 10, 2023) | Again at the end of Q2, we had roughly 3,800 net patients on therapy up from roughly 3,000 patients in Q1 and just over 1,300 in Q4. *So we really believe that at this point in time RELYVRIO is really starting to become a foundational therapy in ALS and meeting a really high unmet need for this patient community* which is obviously our mission and what we've been focused on for some time. | ✓ | | ✓ |
| 38 | 127 | Q2 2023 Earnings Call (Aug. 10, 2023) | *[I]n terms of July, I think we'll comment on the July trends when we report our quarterly results for Q3. But I think our business is -- with now three quarters under our belt, we're all starting to get a chance to see what our business is like moving forward. But we won't be giving specifics on July at this stage.* | ✓ | ✓ | |
| 39 | 128 | Q2 2023 Earnings Call (Aug. 10, 2023) | So I'll start and then have [Defendant Olinger] join in too. So again, we're three quarters into launch. We have roughly 3,800 net people on treatment as of the end of Q2 which we're very pleased about. I mean, that's 3,800 people with ALS we're helping. *But that means that there's many, many more people that we'd like to help as well.* | ✓ | | ✓ |

10

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| | | | **Statements Regarding Discontinuations** | | | |
| 40 | 91 | Q3 2022 Earnings Call (Nov. 10, 2022) | *[W]hen it relates to time on therapy, we haven't given specific guidance as to time on therapy for our product. But I can say we've done some research on past products . . . where we see in the ballpark of a year – on average or median.* That being said, one of our hopes with having a really robust education and patient support function is that *we'll be able to educate about the benefits of staying on therapy as well.* | ✓ | | ✓ |
| 41 | 103 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | And again, I just want to reiterate to *everybody that is on a net basis, which should give you a good sense of how the launch is progressing.* | ✓ | | |
| 42 | 103 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | So our focus remains on the 1,300 patients that are on therapy today *and keeping them on therapy.* And then also, we're very encouraged by the insurance favorability that we're seeing, while it's only a third at this point we have very broad access to date, and we're encouraged at the future. | ✓ | | ✓ |
| 43 | 117 | Q1 2023 Earnings Call (May 11, 2023) | *In terms of duration of treatment, it's really too early in the launch to give that I mean, the first patients who started on therapy, we're basically at the end of October, beginning of November. So they really haven't been on therapy long enough for us to give, any, any clarification there. In terms of discontinuation rates, that's sort of similar as well. People just haven't been on therapy long enough*… | ✓ | ✓ | |
| 44 | 125 | Q2 2023 Earnings Call (Aug. 10, 2023) | [A]s a reminder, we report on net patients on therapy. So this is inclusive of any discontinuation. We are really pleased with our ability to serve the roughly 3,800 net patients on RELYVRIO at the end of Q2. *I would say it's really too early to see any long-term trends at this point in our launch.* | ✓ | ✓ | |

11

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/Opinion |
| 45 | 126 | Q2 2023 Earnings Call (Aug. 10, 2023) | And maybe *just to answer your second question on discontinuation, again, we're only going to be reporting on net patient numbers for a quarter*. But indeed, I think it's important to reflect that the first cohort of patients who started on therapy at launch many of those who have been really fairly progressed early on. So I think we're going to see the dynamic of the patients change over time. So it's a little too early to really give any trends there. | ✓ | ✓ | |
| | | | **Statements Regarding Corporate Growth Strategies** | | | |
| 46 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *On the clinician side, we are encouraged by the prescriptions coming from the top ALS doctors and key ALS centers, but there is still significant opportunity for growth*…. | | ✓ | ✓ |
| 47 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | Another notable part of our launch is the interest that we are seeing across the spectrum of people living with ALS when we look at the times of initial diagnosis. We are encouraged that regardless of the time since diagnosis, people with ALS are interested in and gaining access to this important new treatment. In other words, we *are seeing people on RELYVRIO who have been newly diagnosed as well as others who have been diagnosed for more than three years*. | ✓ | | ✓ |
| 48 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | As we look throughout the rest of the year, our team remains vigilant in our efforts to educate ALS centers *and look forward to educating the general neurologist*. | ✓ | ✓ | |

12

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 50 | 98 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | *We believe we have a large untapped opportunity for additional growth as we conduct ongoing research outreach*. We remain committed to driving access with and support to every eligible person living with ALS who can benefit from treatment. | | ✓ | ✓ |
| 51 | 100 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | [T]here's about 2700 physicians that prescribe for ALS, which is our broad target audience. During the first quarter, we are heavily focused on the top ALS centers and the top 500 prescribers of which 55% of them have written a prescription for RELYVRIO in the fourth quarter. So that continues to be our focus. *There's a lot of opportunity that remains in those top prescribers, but also a lot of patients are being seen by the general neurologists out in the communities, and that's clearly our next runway that we have to continue to penetrate this market much more broadly than we have to date*. | ✓ | ✓ | |
| 52 | 102 | Q4/FY 2022 Earnings Call (Mar. 13, 2023) | [A]nd just one more point, as [Defendant Olinger] emphasized the demand, I think that's on the plus side, right? *We're seeing early demand. It's very concentrated so far so we have a lot of breadth and depth to continue to look forward to, I think as we expand this product.* | ✓ | ✓ | ✓ |
| 53 | 104 | 2022 Form 10-K (Mar. 13, 2023) | *When shown a target product profile for AMX0035, the majority of ALS specialists and neurologists with whom we spoke are open to utilizing it in early-to-mid-stage patients, with some also stating the potential for use in late-stage patients.* | ✓ | | |

13

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 54 | 109 | Virtual Conf. (April 18, 2023) | *We had roughly 1,300 patients on drug at the end of the year. By the end of this quarter, we expect to roughly double that. And we believe most of that was fairly concentrated prescribing from some of the very specialty centers. We believe there's a lot more to educate to a lot more people to bring onboard those potential prescribers to keep growing that.* And I'll say it too, it feels like it's been – we've been out there for a while, but launch was only pretty recently. Until there's only been so much time for all these sites to get on board. So*, I think there's even a lot of potential still at some of the sites that have had just started by the time of the fourth quarter or the first quarter, still a lot more patients to get on…* Quite interestingly, we've just seen very broad -- at least as of last report, *we've seen very broad prescribing with people, both w*ho *are very recently diagnosed and people who have had the disease more than three years. So, I think, again, we continue to see a pretty broad base for who's taking RELYVRIO and getting prescribed that.* | ✓ | ✓ | ✓ |
| 55 | 114 | Q1 2023 Earnings Call (May 11, 2023) | *Importantly, we still have plenty of room for growth, both at the top ALS centers, and the broader neurology community.* | ✓ | ✓ | ✓ |

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 56 | 114 | Q1 2023 Earnings Call (May 11, 2023) | Now, let me run through a few metrics that show our progress, but also the growth opportunities ahead of us. By the end of the first quarter, approximately 65% of the top 500 US prescribers and approximately 95% of the key ALS centers had prescribed RELYVRIO out to at least one person since launch. *Prescribing remains fairly concentrated*, with roughly 80 prescribers mostly at major ALS centers, representing approximately half of all RELYVRIO prescriptions during the quarter. While we are encouraged with these data points, *we see an opportunity for broader and deeper uptake of key ALS centers, and the opportunity to continue to penetrate the group of top prescribers*. | ✓ | ✓ | ✓ |
| 57 | 115 | Q1 2023 Earnings Call (May 11, 2023) | And *we have a tremendous opportunity for us to grow both in depth and breadth at all the key ALS centers*[.] | | ✓ | ✓ |
| 58 | 116 | Q1 2023 Earnings Call (May 11, 2023) | *But again, I want to reiterate, we have a tremendous opportunity for growth, because even within the key accounts that we penetrated*. And just remind you of some of the metrics, we said 95% of all the key ALS centers have prescribed for at least one patient every account, you see one account, you see one account. It's typical rare disease. So some accounts are highly penetrated. *And some accounts have a great deal of room ahead of us to penetrate. And we really have just started to get out into the broader neurology community. So again, we see tremendous growth ahead of us to serve all the remaining patients that are depending on us*. | ✓ | ✓ | ✓ |

15

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/Opinion |
| 59 | 124 | Q2 2023 Earnings Call (Aug. 10, 2023) | Now, let me run through a few key metrics that demonstrate our progress and growth opportunities ahead of us. *Prescribing remains fairly concentrated with just over 80 prescribers mostly at major ALS centers representing approximately half of all RELYVRIO prescriptions at the end of the quarter.* *We are encouraged by the level of interest among this group and believe that we have an opportunity for growth as we bring our message to more prescribers and deepen our relationships within these key ALS centers.* | ✓ | ✓ | ✓ |
| 60 | 126 | Q2 2023 Earnings Call (Aug. 10, 2023) | As far as the growth opportunities which is equally important to us we see several different opportunities ahead of us. First *the prescribing remains really concentrated* with the 80 prescribers mostly at the major ALS centers where our focus was at the beginning of launch representing about half of all RELYVRIO prescriptions this quarter. *We're also encouraged that the level of interest among this group and believe that we have a large opportunity for growth ahead of us.* As we bring our messaging to more prescribers and deepen our relationships within those key centers. And I think importantly with those prescribers be much more prolific in their prescribing which I think is an important part. And second *we have a really large untapped opportunity for growth outside of this group*. As I mentioned, we were heavily focused on the key ALS centers at launch. We're continuing to expand our outreach and educational efforts more broadly because we believe it's critically important that everybody is aware that RELYVRIO is the first-and-only product to have both function and survival demonstrated in the clinical trial and we believe we can change the paradigm for treatment moving forward. | ✓ | ✓ | ✓ |
| 61 | 128 | Q2 2023 Earnings Call (Aug. 10, 2023) | But I think we all here are constantly reminded of the mission at hand. And I think the ALS market in many ways is unique. And it's because it's a large rare disease, there's a huge unmet medical need. And historically there have been few treatment options. | ✓ | | ✓ |

16

| # | AC ¶ | Source and Date | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable | | |
|---|---|---|---|---|---|---|
| | | | | No Facts Alleged To Support Falsity | Forward-Looking | Puffery/ Opinion |
| 62 | 128 | Q2 2023 Earnings Call (Aug. 10, 2023) | And so I think the way that we've thought about our business, as Margaret was sharing, is to focus on the ALS specialists, and then continuing to look to broaden out. And so I think as we look at our prescription numbers, where our people have focused is where we're seeing the prescriptions as well. | ✔ | | ✔ |
| 63 | 128 | Q2 2023 Earnings Call (Aug. 10, 2023) | Yes. As we've indicated heavily focused at launch which I think was the right strategic decision to focus on the key ALS centers where the majority of ALS patients are actually treated.<br><br>*However, there's also a number of ALS patients that are treated outside of ALS centers for multiple reasons, either they can't transport, they can't get there at a reasonable time and it's -- they typically need to go there every quarter to see the multidisciplinary care.*<br><br>*There are a number of General and Community Neurologist, that are equally important to be educated and that's where we're expanding our focus. And we are continuing to increase our penetration and reach out to those, what we call our Tier A or B targets*. | ✔ | | |
| 64 | 128 | Q2 2023 Earnings Call (Aug. 10, 2023) | And we're just going to continue to work on that expansion moving forward, because it's really important for us that every physician who treats an ALS patient is educated about the significant RELYVRIO benefits that we can bring to be able to serve this patient community optimally. | ✔ | ✔ | |

17