# EXHIBIT B

**Disclosures Regarding Key Metrics from Earnings Calls[1]**

| Disclosure | Cite |
|---|---|
| **Q4 2022 Earnings Call Tr., Ex. I [*March 13, 2023*]** | |
| **Net Patients, Interest, and Demand** | |
| "We are seeing our efforts yield strong results and have observed rapid uptick following the FDA's approval on September 29. There were just over 1,300 people living with ALS on RELYVRIO in the United States at the end of 2022. An uptake has continued since then. We remain optimistic about our ability to continue growing from here as we believe people with ALS and their clinicians are eager to learn about and try a new treatment options. By the end of this quarter, we believe we are on a pace to roughly double the amount of people on RELYVRIO on a net basis." | Ex. I at 6; AC ¶ 98 |
| Q: "[C]ould you give me a sense for whether patient numbers at the end of December, not as of now, but at the end of December, it was approaching about 1,500 to 2,000. If you could clarify that." . . . A: "[T]here were 1,300 patients on drug at the end of 12/31, and at the end of Q4, and we're looking at roughly doubling that as we get to the end of March, so 2,600 patients, plus or minus." | Ex. I at 9-10; AC ¶ 99 |

---

[1] For the Court's convenience, this exhibit compiles the disclosures regarding Amylyx's key metrics from the Company's earnings calls, which are incorporated by reference in the AC. All emphasis from the AC is omitted, and the italicized font represents necessary context omitted from the excerpts of the Earnings Call Transcripts in the AC.

| Disclosure | Cite |
|---|---|
| Q: "… [J]ust thinking about the pace of starts. And it seems like there was a little bit of a warehousing effect as you expected in fourth quarter. But just trying to get a sense for how we think about the pace of starts after Q1. Do you expect this kind of 1,300 patients per quarter to be a sustainable rate? Or should we expect pace of new starts to kind of start to decline thereafter?"<br><br>A: "I just want to reiterate, we are very pleased with the growth we're seeing in the second -- in Q4 of 2022 and so far this year, and we are -- and things are going really well. We're seeing an initial bolus in demand. And to be honest with you, we just don't know how big this bolus will be or how long it will last but we expect continued growth and interest and demand as the initial prescribing has been relatively concentrated, as I mentioned. We have a large untapped opportunity to build on our ongoing outreach and educational efforts. We really see that we have a lot of runway ahead of us."<br><br>. . .<br><br>"As Margaret emphasizes the demand, I think that's on the plus side, right? We're seeing early demand. It's very concentrated so far. So we have a lot of breadth and depth to continue to look forward to, I think, as we expand this product. *On the other hand, though, insurance coverage is still something that is not complete yet. And I don't believe it's going to be appropriate to make an estimate about what our future demand is going to look like until we get fully -- closer to 100% of the insurance decisions being made and again, as Margaret mentioned, at this point, we're about 1/3 of the way through that. So I think it's too early for us to really know what that demand curve is going to look like, Neena. Again, how big and how long that bolus might last until we really understand what the full breadth of coverage is. It's going well so far, but we're only 1/3 of the way through.*" | Ex. I at 10-11; AC ¶¶ 101-02 |

2

| Disclosure | Cite |
|---|---|
| Q: "[Y]ou mentioned 10,000 patients on drug target kind of steady state. And in the past, we've talked about what the launch curve might look like with an initial bolus and then steadying out until we get to steady set. How are you thinking about it now that you're in the market and seeing kind of the demand that you've had thus far?"<br><br>A: "*So we're very excited about the opportunity in the long term to hopefully be able to treat 10,000 patients at any given time. As you know, there's 29,000 ALS patients suffering with this disease. Some patients we know will not be able to, just unfortunately, due to the natural progression of the disease, be able to access treatment to the drug. But we do know that really is all today is roughly 9,000, but the range is anywhere from 8,000 to 11,000. So we do have a goal and aspiration to become standard of care with the first drug to really have function plus survival on the long-term post-hoc analysis. So that's sort of our goal and aspiration and we feel confident that we can meet that goal. How long it will take us to get to that point? I think it's way too early in the launch to see that.* And then just in terms of the slope of the ramp, to your point, it is very early months of the launch, but we are seeing very encouraged levels of interest from both people living with ALS and clinicians. And we said that Q4, we ended with 1,300 people on therapy. We expect to double that by the end of Q1. And again, I just want to reiterate to everybody that is on a net basis. [*sic*] which should give you a good sense of how the launch is progressing. And while we do have that initial bolus of demand, we don't know how big and how long that will last, we do really are very confident in the long runway we have ahead of us. So our focus remains on the 1,300 patients that are on therapy today and keeping them on therapy. And then also, we're very encouraged by the insurance favorability that we're seeing, while it's only 1/3 at this point. We have very broad access to date, and we're encouraged at the future." | Ex. I at 11-12; AC ¶ 103 |
| **Q1 2023 Earnings Call Tr., Ex. L** *[May 11, 2023]* | |
| **<u>Net Patients, Interest, and Demand</u>** | |
| "Our efforts to drive awareness are yielding strong results. We are seeing continued interest and demand for RELYVRIO. As of March 31, there were roughly 3,000 people on RELYVRIO in the U.S., more than double the number of people on RELYVRIO at the start of the quarter."<br><br>I think it's worth spending a minute to provide some additional context on the strength of our launch. While we knew there was pent-up demand, the fourth quarter and first quarter were still well ahead of our expectations. The rate of net patient adds has begun to moderate as expected. However, we still see significant demand from people | Ex. L at 5; AC ¶ 114 |

3

| Disclosure | Cite |
|---|---|
| living with ALS and physicians alike. Importantly, we still have plenty of room for growth, both at the top ALS Centers and the broader neurology community." | |
| Q: "[Y]ou mentioned that the rate of the pace has moderated [indiscernible] going to perhaps the second quarter. Can you just provide more clarity on that?" . . .<br><br>A: "We ended the quarter with roughly 3,000 patients, again, double what we started with at the beginning of the quarter. And that's about 10% of the 29,000 patients living with ALS. So not surprisingly, our net patient adds can't double forever. So in Q2, we are expecting the number will be lower than what we delivered in Q4 and Q1. I think more importantly, we continue to see significant interest in demand for RELYVRIO, both from patients and HCP, and we have a tremendous opportunity for us to grow both in depth and breadth at all the [indiscernible] ALS Centers as well as the broader neurology community." | Ex. L at 9; AC ¶ 115 |
| Q: "Now that more commercial payers have come on board and given the fact that you said that the rate of net patient adds is beginning to moderate. Could you perhaps provide any updated views on how big this initial [indiscernible] of patients could be and how long it could last before you achieve a steady-state trajectory of new starts?"<br><br>A: "Regarding the bolus, it's really too early to tell when the bolus will finish. But what I can say is that we know in Q4 and in Q1, we did see that high level of demand due to the pent-up demand that we had and they were quite frankly, even ahead of our expectations. So we have begun to see the rate in new patient adds moderate. But again, I want to reiterate, we have a tremendous opportunity for growth because even within the key accounts that we penetrated and just to remind you of some of the metrics, we said 95% of all the key ALS Centers have prescribed for at least one patient. Every account, you see one account, you see one account, right? It's a typical rare disease. So some accounts are highly penetrated and some accounts have a great deal of room ahead of us to penetrate and we really have just started to get out into the broader neurology community. So again, we see tremendous growth ahead of us to serve all the remaining patients that are depending on us." | Ex. L at 9-10; AC ¶ 116 |

| Disclosure | Cite |
|---|---|
| Q: "[W]ith more than 3,000 patients now on drug up from the 1,300, even understanding that there could be some moderation. How long are you thinking it will take you from here to get to the 10,000 patients you had stated as a target for being stable on therapy at steady state?"<br><br>A: "[W]e have not provided a time line on how long it will take us to achieve the 10,000 patients. Our goal of getting to the 10,000 patients really reflects our vision that RELYVRIO will become the most commonly used ALS medication, so basically standard of care. And we feel that that's very achievable, given it is the first product to demonstrate a benefit on both function and survival. I will tell you that right now, we are heavily focused on the launch execution with the goal of getting there as quickly as possible because patients are depending on us." | Ex. L at 10 |
| Q: "[J]ust in terms of trying to figure out this bolus. Can you talk a little bit about what you're seeing in terms of [indiscernible] versus net adds. I'm just curious if you can talk about the trend you're seeing there."<br><br>A: "So we're not providing any guidance on the number of patients for the quarter. Again, I'll just go back to, we think our net patient adds, they can't double forever. So we'll be lower in Q2 than we've been able to deliver in Q4, Q1 because we believe that, that was the initial pent-up demand. Again, we don't know when that bolus will be over, so it's hard for us to really give any guidance on that." | Ex. L at 11; AC ¶ 117 |
| **Discontinuations** | |
| Q: "[G]ive us any color on duration of therapy so far or any dropouts that you're seeing."<br><br>A: "In terms of duration of treatment, it's really too early in the launch to give that. I mean the first patients who started on therapy were basically at the end of October, beginning in November. So they really haven't been on therapy long enough for us to give any clarification there. In terms of discontinuation rates, that's sort of similar as well. People just haven't been on therapy long enough. *I can tell you that the general trends that we're seeing are kind of in line with what we saw with CENTAUR. Nothing is out of line there. And just as a reminder, with CENTAUR, we're seeing roughly about a 25% discontinuation rate at 6 months. So again, patients haven't really been on therapy for 6 months yet. So we're going to continue to monitor that very closely.*" | Ex. L at 11-12; AC ¶ 117 |

| Disclosure | Cite |
|---|---|
| **Q2 2023 Earnings Call Tr., Ex. O** [*Aug. 10, 2023*] | |
| **Net Patients, Interest, and Demand** | |
| "Our commercial organization is off to a strong start educating and raising awareness about RELYVRIO as evidenced by the strong and steady demand we saw in the second quarter. As of June 30, 2023, there were roughly 3,800 people on RELYVRIO in the U.S., up from roughly 3,000 people on RELYVRIO as of March 31, 2023, and just over 1,300 at the end of 2022." | Ex. O at 4; AC ¶ 122 |
| "During the second quarter, interest in and demand for RELYVRIO continued to build at a steady pace from both those that are newly diagnosed and people who have been living with ALS for years. As a result of our educational efforts, as of June 30, there were roughly 3,800 people on RELYVRIO in the United States." | Ex. O at 5; AC ¶ 124 |
| "We're encouraged by the strong interest and demand we continued to see from the ALS community in the second quarter." | Ex. O at 6; AC ¶ 123 |
| Q: Now with the passage of more time, do you have any better sense of the size of the patient bolus at this point?"<br><br>A: "Maybe I'll just start with your question regarding the bolus. We continue to be pleased that the interest in and demand for RELYVRIO continues to be as -- at a very strong pace and I think importantly, includes a mix of both newly diagnosed patients and people who have been diagnosed and living with ALS for many years.<br><br>Again, at the end of Q2, we had roughly 3,800 net patients on therapy, up from roughly 3,000 patients in Q1 and just over 1,300 in Q4. So we really believe that at this point in time, RELYVRIO is really starting to become a foundational therapy in ALS and meeting a really high unmet need for this patient community, which is obviously our mission and what we've been focused on for some time. As far as the growth opportunities, which is equally important to us, we see several different opportunities ahead of us. First, the prescribing remains really concentrated with the 80 prescribers mostly at the major ALS centers, where our focus was at the beginning of launch, representing about half of all RELYVRIO prescriptions this quarter.<br><br>We're also encouraged that the level of interest among this group and believe that we have a large opportunity for growth ahead of us as we bring our messaging to more prescribers and deepen our relationships within those key | Ex. O at 9-10; AC ¶ 126 |

6

| Disclosure | Cite |
|---|---|
| centers. And I think importantly, we've seen with those prescribers be much more prolific in their prescribing, which I think is an important part.<br><br>And second, we have a really large untapped opportunity for growth outside of this group. As I mentioned, we were heavily focused on the key ALS centers at launch. We're continuing to expand our outreach and educational efforts more broadly because we believe it's critically important that everybody is aware that RELYVRIO is the first-and-only product to have both function and survival demonstrated in the clinical trial, and we believe we can change the paradigm for treatment moving forward." | |
| Q: "Do you have any color on -- or can you provide any color on kind of new prescription trends versus refill trends? Any kind of metrics you can provide there and how that's evolved?"<br><br>A: "So again, we're 3 quarters into launch. We have roughly 3,800 net people on treatment as of the end of Q2, which we're very pleased about. I mean that's 3,800 people with ALS we're helping. But that means that there's many, many more people that we'd like to help as well. But I think we all here are constantly reminded of the mission at hand. And I think the ALS market in many ways is unique, and it's -- because it's a large rare disease, there's a huge unmet medical need. And historically, there have been few treatment options. And so I think the way that we've thought about our business, as Margaret was sharing, is to focus on the ALS specialists and then continuing to look to broaden out. And so I think as we look at our prescription numbers, where our people have focused is where we're seeing the prescriptions as well." | Ex. O at 11; AC ¶ 128 |
| **Discontinuations** | |
| Q: "[W]hat are you seeing with respect to compliance and discontinuation rates? And I'll just go ahead with my follow-up here. Are you seeing any emerging trends with respect to the primary reasons for discontinuation?"<br><br>A: "Maybe just to start, as a reminder, we report on net patients on therapy. So this is inclusive of any discontinuation. We are really pleased with our ability to serve the roughly 3,800 net patients on RELYVRIO at the end of Q2. I would say it's really too early to see any long-term trends at this point in our launch. *But maybe a reference point in the CENTAUR trial, which again as a reminder was a 6-month trial, approximately 70% of participants remained on drug. And we're tracking close to that in terms of the commercial setting. But I would* | Ex. O at 8; AC ¶ 125 |

7

| Disclosure | Cite |
|---|---|
| *say this is clearly an area where we're going to continue to keep a very close eye on as we expect the patient mix to shift over time."* | |
| *"On the compliance side, one of the reasons. So on the compliance side, we've seen most rare disease drugs, you'll find in the 75% to 80% range in terms of drug compliance. We're in that range as well. And in terms of reasons for discontinuation, they're varied. People with ALS are going through many different things. Of course, one of the more common ones certainly is death and disease progression, which is expected in ALS as well."* | Ex. O at 8. |
| Q: "I want to push you a little bit on the discontinuation rates. I mean among the early patients to have received commercial drug in 4Q of last year, presumably, some of these patients are -- would have been on drug for at least 6 months now. Would you be able to provide any color as to what percent of them are still on therapy at this point, again, just among the patients who started in 4Q" <br><br> A: "And maybe just to answer your second question on discontinuation, again, we're only going to be reporting on net patient numbers for a quarter. But indeed, I think it's important to reflect that the first cohort of patients who started on therapy at launch, many of those who have been really fairly progressed early on. So I think we're going to see the dynamic of the patients change over time. So it's a little too early to really give any trends there." | Ex. O at 9-10; AC ¶ 126 |
| **Q3 2023 Earnings Call Tr., Ex. R** *[Nov. 9, 2023][2]* | |
| **Net Patients, Interest, and Demand** | |
| "As of September 30, 2023, there were roughly 3,900 people living with ALS, taking RELYVRIO in the U.S." | Ex. R at 4 |
| "[W]e ended the quarter with roughly 3,900 people on RELYVRIO in the U.S., up from roughly 3,800 at the end of the second quarter. With our goal that at least 10,000 people living with ALS will be taking RELYVRIO at any given time, we are working hard to accelerate this growth, and I will detail some of the specific plans shortly." | Ex. R at 5 |
| "The interest and engagement among our prescribers remains strong, and we saw a steady cadence of new prescriptions written in the third quarter." | Ex. R at 5; AC ¶ 138 |

---

[2] These statements are mostly missing from the AC, as they are not included in the class period. However, they are included here to provide additional context to the chronology.

| Disclosure | Cite |
|---|---|
| Q: "Maybe you can give us a flavor for how October went to give everybody a sense of trends versus what we just talked about?"<br><br>A: "We usually don't report month-to-month. But what I'd say is that we're certainly rolling out many of the things that Margaret described. And certainly, there's nothing revolutionary there in terms of things are continuing. We're continuing to see net adds at a steady pace."<br>. . . .<br>"I think just reiterating what Margaret and Jim were saying, the slowdown in that patient adds we saw was primarily driven by discontinuation. And we think we have great things to address there and as well as new opportunities for growth as well." | Ex. R at 13 |
| Q: "So just to be clear on the new patient adds, from second quarter into third quarter, you had a steady increase in new patient adds. And so whatever that steady pace was month-to-month, is that what it was? October, everything is just kind of the same, similar, slowing down, speeding up? Just give us a sense."<br><br>A: "Yes. I'd say steady is steady. And so I think that what we want to see is a reacceleration of that growth, right, back to the levels that we saw when we were first launching the drug. And I think a very important point to make here is that we're doing exceptionally well in the key centers. And one of the things that we're doing, right, and it was a logical place for us to focus, we're going to keep that focus on those key centers where we've got penetration up to roughly 25% of all patients, as Margaret talked about. But what we have to do now is continue to grow there, but expand into the next deciles down. Deciles, say, 336 [*sic*] is where we're going to be focused." | Ex. R at 13 |
| **Discontinuations** ||
| "As we think about how our growth has evolved this year, the slowdown in net adds this quarter was primarily driven by increased discontinuations for a variety of reasons." | Ex. R at 5; AC ¶ 138 |
| "Circling back to discontinuations. 60% of people taking RELYVRIO remain on therapy 6 months after initiation in the U.S. We believe some discontinuations are addressable, especially when comparing our discontinued rate in the U.S. to Canada. In Canada, roughly 80% of insured patients, both private and public, are still on therapy 6 months after starting treatment. Our Canadian team has made substantial efforts to educate on the importance of remaining on therapy. While the Canadian system is clearly different from the U.S., including the fact that it is a more concentrated system, we do believe we can leverage our learnings in Canada, in the U.S. and improve our discontinuation rate." | Ex. R at 6; AC ¶ 138 |

9

| Disclosure | Cite |
|---|---|
| Q: "So can you just help clarify a little bit on the discontinuations that you're seeing? Or are these primarily due to adverse events, disease progression or kind of patients ultimately dying? Or are you in the – kind of as a follow-on from that, are you seeing any changes in the type of patients that's coming on to drug now versus during the early launch, particularly with respect to time on diagnosis?"<br><br>A: "So yes, on the discontinuations, there's a variety of reasons why people discontinue ALS therapies. But it's important to remember that in many ways, it's really connected to the disease state sadly. So as we mentioned, we're deploying tactics designed to help lower the rate of these types of discontinuations, including taking the key learnings from Canada, where we heavily focused on the importance of remaining on therapy because our long-term efficacy is really based on being on therapy for the long term. So that's highly what we're focused on."<br><br>"Just going to the discontinuation specifically, at 6 months in the U.S., we're seeing roughly 60% of people remaining on therapy. In Canada, however, we're seeing roughly 80%. So what this tells us is that we believe that we can impact this. And so that's what we're going to be trying to do over the coming quarters." | Ex. R at 9 |
| Q: "[A]m I right in calculating about 5,500 patients may have started therapy since your launch? And secondly, if I model out on discontinuations, what I feel is it's not just the discontinuation. It's also the new starts might have dropped about 35%, 40% quarter-over-quarter from 2Q to 3Q. Is that right? Because I feel like you may have had about -- I don't know, 750 discontinuations in 3Q. But if that's the case, you might be in for another about 650 to 700 discontinuations in 4Q, which makes it very hard to again put up a very meaningful net add number in 4Q unless your new add picks up very meaningfully versus where it was in 3Q. Am I on the right track there?"<br><br>A: "I think as you do your calculations, actually, Margaret mentioned in her remarks, we've had actually steady new prescriptions from Q2 into Q3. So while we obviously want to see more growth and accelerated growth in that, and we touched a little bit about that in our remarks. There's no real distinctive change in terms of the new adds. Certainly, it slowed down from Q4 and into Q1, and we talked about that on the last call, but we've seen steady new adds. And just another point on the discontinuations, it's not like we've seen a major drop off here. This has been a slightly steady decline as we move through time. We've always cautioned about what the right discontinuation model is, right, because we can't model 6 months or 9 months discontinuations until we get there. So we've been tracking the CENTAUR data through last quarter. It's gotten a little higher than that discontinuation rate over the last couple of months. That's different in Canada. So we actually think that as we | Ex. R at 12; AC ¶ 143 |

| Disclosure | Cite |
|---|---|
| lean into this a little bit more and adjust our tactics here on what has been a very solid launch so far in our first 9 months. This is an adjustment of tactics, and I think we can hopefully get back to seeing growth again." | |
| Q: "My second question is on the discontinuation rate. The difference which you see in Canada and U.S., I mean it's quite prominent. And the question is, like, can you be more specific on what exactly Canada -- like how exactly Canada is different than U.S. that you see the top difference in discontinuation rate?"<br><br>A: "Canada really focused from day 1 on driving the importance of remaining on therapy. And just to mention -- I mentioned it in the comments, but concentrate -- Canada is a really concentrated market. They have about 17 key centers of excellence. So it's a little hard -- a little easier to control sort of that getting that message down to the HCPs and then having them communicated to the patients, which is incredibly important, where it's a little bit more decentralized in the U.S. So while we certainly have in communicating those messages, I think getting those treatment expectations and just doubling down on that messaging is going to be really important. But I think the important point is we know that when done and done well, you can achieve better persistency rates." | Ex. R at 15 |

11