# EXHIBIT C

**Excerpts of Amylyx's Publicly Disclosed Cautionary Language**[1]

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| This Annual Report on Form 10-K, or Annual Report, contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements other than statements of historical facts contained in this Annual Report are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "should," "target," "would" or the negative of these terms or other comparable terminology. These statements are not guarantees of future results or performance and involve substantial risks and uncertainties. Forward-looking statements in this Annual Report include, but are not limited to, express or implied statements about:<br><br>• our ability to obtain and maintain regulatory approval of AMX0035 and any future product candidates;<br>• **our ability to successfully commercialize and market AMX0035** and any future product candidates, if approved, and the timing of any commercialization and marketing efforts;<br>• our ability to contract with third-party suppliers, manufacturers and other service providers and their ability to perform adequately and to produce sufficient quantities of clinical and potentially future commercial supplies;<br>• **the potential market size, opportunity and growth potential for AMX0035** and any future product candidates, if approved;<br>• our ability to build our own sales and marketing capabilities, or seek collaborative partners, to commercialize AMX0035 and any future product candidates, if approved;<br>• our ability to obtain funding for our operations; | 2022 Form 10-K, Ex. G at 1-2 (Form referenced at AC ¶¶ 32, 104-107, 137);<br><br>*see also*<br><br>Q4 2022 Form 10-Q, Ex. J at 1-2;<br><br>Q1 2023 Form 10-Q, Ex. M at 1-2 (Form referenced at AC ¶¶ 118, 119);<br><br>Q2 2023 Form 10-Q, Ex. P at 1-2 (Form referenced at AC ¶¶ 129, 130); |

---

[1] For the Court's convenience, this exhibit compiles the disclosures that are cited in the Memorandum of Law in Support of Defendants' Motion to Dismiss, all of which appeared in Amylyx's SEC filings or documents incorporated by reference in the Complaint. The disclosure language among these filings varies in certain respects.

[2] Unless otherwise noted, text that is underlined and bolded represents emphasis added. Text that is italicized and bolded, or only bolded represents emphasis in the original.

[3] All exhibits ("Ex.") are attached to the Declaration of Morgan Mordecai in Support of Defendant's Motion to Dismiss, filed contemporaneously herewith.

| | Q3 2023 Form 10-Q, Ex. S at 1-2. |
|---|---|
| <ul><li>the initiation, timing, progress and results of our preclinical studies and clinical trials, including our Phase 3 clinical trial of AMX0035 for the</li><li>treatment of ALS, known as the PHOENIX trial, and our research and development activities;</li><li>our ability to retain the continued service of our key professionals and to identify, hire and retain additional qualified professionals;</li><li>our ability to advance AMX0035 and any future product candidates into, and successfully complete, clinical trials;</li><li>our ability to successfully recruit and enroll suitable patients in our clinical trials;</li><li>the timing or likelihood of the accomplishment of various scientific, clinical, regulatory filings and approvals and other product development objectives;</li><li>the pricing and reimbursement of our product candidates, if approved;</li><li>**the rate and degree of market acceptance AMX0035** and any future product candidates by physicians, patients, third-party payors and others in the medical community;</li><li>**the implementation of our business model, strategic plans for our business, product candidates and technology**;</li><li>the scope of protection we are able to establish and maintain for intellectual property rights covering our product candidates and technology;</li><li>developments relating to our competitors and our industry, including any regulatory developments;</li><li>the accuracy of our estimates regarding expenses, capital requirements, cash runway and future and needs for additional financing;</li><li>our financial performance; and</li><li>other risks and uncertainties, including those listed under the section titled "Risk Factors."</li></ul> . . . <br><br>**We may from time to time provide estimates, projections and other information concerning our industry, the general business environment, and the markets for certain diseases, including estimates regarding the potential size of those markets and the estimated incidence and prevalence of certain medical conditions. Information that is based on estimates, forecasts, projections, market research or similar methodologies is inherently subject to uncertainties, and actual events, circumstances or numbers, including actual disease prevalence rates and market size, may differ materially from the information reflected in this Annual Report.** Unless otherwise expressly stated, we obtained this industry, business information, market data, prevalence | |

| | |
|---|---|
| information and other data from reports, research surveys, studies and similar data prepared by market research firms and other third parties, industry, medical and general publications, government data, and similar sources, in some cases applying our own assumptions and analysis that may, in the future, prove not to have been accurate. | |
| Before we begin, I would like to remind everyone that **any statements we make are information presented on this call that are not historical facts are forward-looking statements that are based on our current beliefs, plans and expectations** and are made pertinent to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements include, but are not limited to, our **expectations with results to RELYVRIO** and ALBRIOZA, statements regarding regulatory developments and the expected timing thereof, **our business strategy and outlook** and our expected financial performance. Actual events and results could differ materially from those expressed or implied by any forward-looking statements as a result of various risks, uncertainties and other factors, including those set forth in our most recent filings with the SEC and any other future filings that we may make with the SEC. You are cautioned not to place any undue reliance on these forward-looking statements, and Amylyx disclaims any obligation to update such statements unless required by law. | Q4 2022 Earnings Call Transcript, Ex. I at 4 (Call referenced at AC ¶¶ 34, 96-99, 101, 103)<br><br>Q1 2023 Earnings Call Transcript, Ex. L at 4 (Call referenced at AC ¶¶ 112-117);<br><br>Q2 2023 Earnings Call Transcript, Ex. O at 4 (Call referenced at AC ¶¶ 35, 37, 122-128);<br><br>Q3 2023 Earnings Call Transcript, Ex. R at 4 (Call referenced at AC ¶¶ 49, 88-91, 138, 139, 141-144, 159). |

| Disclosures Relating to Overall Risks | |
|---|---|
| **Risks Related to Commercialization of AMX0035 or Future Product Candidates**<br><br>• **We have limited experience as a commercial company and we may not be successful in commercializing AMX0035 or any future product candidates in the U.S., Canada or anywhere else, if and when approved, and we may be unable to generate meaningful product revenue.**<br>• **AMX0035 may fail to achieve the degree of market acceptance by physicians, patients, third-party payors and others in the medical community necessary for commercial success, in which case we may not generate significant revenues or become profitable.**<br>• If the FDA, Health Canada, the EMA or other comparable foreign regulatory authorities approve generic versions of AMX0035 or any future product candidate of ours that receives regulatory approval, or such authorities do not grant our products appropriate periods of non-patent exclusivity before approving generic versions of such products, the sales of such products could be adversely affected.<br>• Healthcare insurance coverage and reimbursement, both from public drug plans and private health care insurers, may be limited or unavailable for RELYVRIO in the U.S. and ALBRIOZA in Canada, and for AMX0035 and any future product candidates, if approved anywhere else, which could make it difficult for us to sell any product candidates or therapies profitably.<br><br>**Risks Related to the Discovery and Development of Our Current and Future Product Candidates**<br><br>• **We currently depend on the success of AMX0035. If we are unable to maintain, or obtain additional, regulatory approvals for, and successfully commercialize, AMX0035, or experience significant delays in doing so, our business may be materially harmed.**<br>• The delay or denial of regulatory approval, inability to maintain regulatory approval, inability to complete post-marketing requirements, or the requirement to resubmit any marketing application with additional data or information for AMX0035 in any jurisdiction could mean that we need to delay or even cease operations, and a delay in obtaining or inability to maintain such approval would delay commercialization of AMX0035 and adversely impact our ability to generate revenue, our business and our results of operations.<br>• AMX0035 is a fixed-dose combination drug product and certain regulatory authorities may require a demonstration that each component makes a contribution to the claimed effects in addition to demonstrating that the combination is safe and effective for the intended population.<br>• We have concentrated our research and development efforts on the treatment of neurodegenerative and CNS disorders, a field that has seen very limited success in product development. | 2022 Form 10-K, Ex. G at 46 (Form referenced at AC ¶¶ 32, 104-107, 137): |

| Disclosures Relating to Overall Risks | |
|---|---|
| • The regulatory approval processes of the FDA, Health Canada, the EMA and other comparable foreign authorities are lengthy, timeconsuming and inherently unpredictable, and if we are ultimately unable to obtain or maintain regulatory approval for AMX0035 or any future product candidates, our business will be substantially harmed. A finding that our global Phase 3 PHOENIX trial is insufficient to support current or additional marketing authorizations in ALS could lead the FDA or Health Canada to restrict or withdraw prior regulatory approvals for RELYVRIO or ALBRIOZA, respectively, or we could decide, after consultation with regulatory authorities, to voluntarily withdraw RELYVRIO or ALBRIOZA from the marketplace.<br>• Competitive products may reduce or eliminate the commercial opportunity for AMX0035 for our current or future indications. If our competitors develop technologies or product candidates more rapidly than we do, or their technologies or product candidates are more effective or safer than ours, our ability to develop and successfully commercialize AMX0035 may be adversely affected. | |
| *Risks Related to Commercialization of AMX0035 or Future Product Candidates*<br><br>• **We have limited experience as a commercial company and we may not be successful in commercializing AMX0035** or any future product candidates in the U.S., Canada or anywhere else, if and when approved, **and we may be unable to generate meaningful product revenue**.<br>• **AMX0035 may fail to achieve the degree of market acceptance by physicians, patients, third-party payors and others in the medical community necessary for commercial success, in which case we may not generate significant revenues or become profitable**.<br>• If the FDA, Health Canada, the EMA or other comparable foreign regulatory authorities approve generic versions of AMX0035 or any future product candidate of ours that receives regulatory approval, or such authorities do not grant our products appropriate periods of non-patent exclusivity before approving generic versions of such products, the sales of such products could be adversely affected.<br>• Healthcare insurance coverage and reimbursement, both from public drug plans and private health care insurers, may be limited or unavailable for RELYVRIO in the U.S. and ALBRIOZA in Canada, and for AMX0035 and any future product candidates, if approved anywhere else, which could make it difficult for us to sell any product candidates or therapies profitably.<br><br>*Risks Related to the Discovery and Development of Our Current and Future Product Candidates* | Q4 2022 Form 10-Q, Ex. J at 40-41;<br><br>Q1 2023 Form 10-Q, Ex. M at 31-32 (Form referenced at AC ¶¶ 118, 119);<br><br>Q2 2023 Form 10-Q, Ex. P at 34-35 (Form referenced at AC ¶¶ 129, 130);<br><br>Q3 2023 Form 10-Q, Ex. S at 32-33. |

| Disclosures Relating to Overall Risks | |
|---|---|
| <ul><li>**We currently depend on the success of AMX0035**. If we are unable to maintain, or obtain additional, regulatory approvals for, and successfully commercialize, AMX0035, or experience significant delays in doing so, our business may be materially harmed.</li><li>The delay or denial of regulatory approval, inability to maintain regulatory approval, inability to complete post-marketing requirements, or the requirement to resubmit any marketing application with additional data or information for AMX0035 in any jurisdiction could mean that we need to delay or even cease operations, and a delay in obtaining or inability to maintain such approval would delay commercialization of AMX0035 and adversely impact our ability to generate revenue, our business and our results of operations.</li><li>AMX0035 is a fixed-dose combination drug product and certain regulatory authorities may require a demonstration that each component makes a contribution to the claimed effects in addition to demonstrating that the combination is safe and effective for the intended population.</li><li>We have concentrated our research and development efforts on the treatment of neurodegenerative and central nervous system, or CNS, disorders, a field that has seen very limited success in product development.</li><li>The regulatory approval processes of the FDA, Health Canada, the EMA and other comparable foreign authorities are lengthy, time-consuming and inherently unpredictable, and if we are ultimately unable to maintain or obtain regulatory approval for AMX0035 or any future product candidates, our business will be substantially harmed. **A finding that our global Phase 3 PHOENIX trial is insufficient to support current or additional marketing authorizations in ALS could lead the FDA or Health Canada to restrict or withdraw prior regulatory approvals for RELYVRIO or ALBRIOZA, respectively, or we could decide, after consultation with regulatory authorities, to voluntarily withdraw RELYVRIO or ALBRIOZA from the marketplace**.</li><li>Competitive products may reduce or eliminate the commercial opportunity for AMX0035 for our current or future indications. If our competitors develop technologies or product candidates more rapidly than we do, or their technologies or product candidates are more effective or safer than ours, our ability to develop and successfully commercialize AMX0035 may be adversely affected.</li></ul> | |

| Disclosures Relating to the Discovery and Development of Current or Future Product Candidates | |
|---|---|
| *We currently depend on the success of AMX0035. If we are unable to maintain, or obtain additional, regulatory approvals for, and successfully commercialize, AMX0035, or experience significant delays in doing so, our business may be materially harmed.* | 2022 Form 10-K, Ex. G at 64 (Form |

| **Disclosures Relating to the Discovery and Development of Current or Future Product Candidates** | |
|---|---|
| We currently only have one advanced product candidate, AMX0035, and our current business and future success depends entirely on our ability to develop, maintain, or obtain additional, regulatory approvals for, and then successfully commercialize, AMX0035, which we are developing for patients with ALS, Wolfram syndrome, AD and other neurological diseases. To date, we have obtained limited clinical trial data supporting AMX0035, having only completed a clinical trial of 137 patients with ALS and a clinical trial in 95 patients with AD. We are conducting a global Phase 3 clinical trial of AMX0035 in ALS and intend to conduct additional clinical trials for other indications in the future. This may make an investment in our company riskier than similar companies that have multiple product candidates in active development that may be able to better sustain failure of a lead product candidate. | referenced at  AC ¶¶ 32, 104-107 137);<br><br>*See also*<br><br>Q4 2022 Form 10-Q, Ex. J at 55;<br><br>Q1 2023 Form 10-Q, Ex. M at 48 (Form referenced at AC ¶¶ 118, 119);<br><br>Q2 2023 Form 10-Q, Ex. P at 51 (Form referenced at AC ¶¶ 129, 130);<br><br>Q3 2023 Form 10-Q, Ex. S at 50. |

| **Risks Related to Commercialization of AMX0035 or Future Product Candidates** | |
|---|---|
| *The market for AMX0035 for ALS . . . and other neurodegenerative diseases and for any future product candidates we may develop may be smaller than we expect.*<br><br>We focus our research and product development on treatments of neurodegenerative diseases. **We base our market opportunity estimates on a variety of factors, including our estimates of the number of people who have these diseases, the potential scope of our approved product labels, the subset of people with these diseases who have the potential to benefit from treatment with AMX0035 or any future product candidates**, various pricing scenarios, and our understanding of reimbursement policies for rare diseases in particular countries. **These estimates are based on many assumptions and may prove incorrect**, and new studies may reduce the estimated | 2022 Form 10-K, Ex. G at 54-55 (Form referenced at AC ¶¶ 32, 104-107, 137);<br><br>*see also*<br><br>Q4 2022 Form 10-Q, Ex. J at 46-47; |

| Risks Related to Commercialization of AMX0035 or Future Product Candidates | |
|---|---|
| incidence or prevalence of these diseases. **Estimating market opportunities can be particularly challenging for ultra-rare indications, such as the ones we currently address, as epidemiological data is often more limited than for more prevalent indications and can require additional assumptions to assess potential patient populations**. For example, **as we advance AMX0035 towards commercialization, learn more about market dynamics and engage with regulators on potential marketing approvals, our view of our products' initial potential market opportunity will become more refined.** We expect the approved label to initially be directed to a narrower patient population with the opportunity to expand the label upon submission of additional clinical data. For example, we are now initially focused primarily on the annual incidence of ALS. This means **the initial market opportunity for AMX0035 and any future product candidates may be smaller than the total addressable market opportunity that could be achieved over time**. If we are unable to advance AMX0035 or any future product candidates with attractive market opportunities, our future product revenues may be smaller than anticipated, and our business may suffer. **Patient identification efforts also influence the ability to address a patient population. If efforts in patient identification are unsuccessful or less impactful than anticipated, for instance, because of a lack of diagnostic initiatives, inadequate disease awareness among healthcare professionals, or otherwise, we may not address the entirety of the opportunity we are seeking**. **As a result, patients may be difficult to identify and access, the addressable patient population in Canada, the United States, the EU and elsewhere may turn out to be lower than expected, or patients may not be otherwise amenable to treatment with our products, all of which would adversely affect our business, financial condition, results of operations and prospects.** <br><br> *AMX0035 may fail to achieve the degree of market acceptance by physicians, patients, third-party payors and others in the medical community necessary for commercial success, in which case we may not generate significant revenues or become profitable.* <br><br> Even if AMX0035 for the treatment of any indication, or any future product candidate of ours, is approved by the appropriate regulatory authorities for marketing and sale, it may nonetheless fail to gain sufficient market acceptance by physicians, patients, third-party payors and others in the medical community. **Physicians may be reluctant to add AMX0035 to their patients' treatment regimen, or may cease to add AMX0035 to their patients' treatment regimen. Further, patients often acclimate to the treatment regime they are currently taking and do not want to add additional treatments unless their physicians recommend it. Further, they may be unable to add AMX0035 to their treatment regimen due to lack of coverage and adequate reimbursement. In addition, even if we are able to demonstrate our product candidates' safety and efficacy to Health Canada,** | Q1 2023 Form 10-Q, Ex. M at 38-39 (Form referenced at AC ¶¶ 118, 119); <br><br> Q2 2023 Form 10-Q, Ex. P at 42-43 (Form referenced at AC ¶¶ 129, 130); <br><br> Q3 2023 Form 10-Q, Ex. S at 40-41. |

8

| Risks Related to Commercialization of AMX0035 or Future Product Candidates | |
|---|---|
| **the FDA, the EMA and other regulators, safety or efficacy concerns in the medical community may hinder market acceptance. Our ability to proactively educate health care professionals and patients may be limited based on the marketing restrictions in a given jurisdiction, specifically as they relate to the particular labeling approved by the applicable health authority.**<br><br>**Efforts to educate the medical community and third-party payors on the benefits of our current and any future product candidates may require significant resources, including management time and financial resources, and may not be successful. If AMX0035 or any future product candidate is approved but does not achieve an adequate level of market acceptance, we may not generate significant revenues and we may not become profitable. The degree of market acceptance of AMX0035 and any future product candidates, if approved for commercial sale, will depend on a number of factors, including:**<br><br>&bull; **the potential advantages of the product compared to competitive therapies and our ability to successfully publicize these advantages or highlight them in any marketing materials;**<br>&bull; **the prevalence and severity of any side effects;**<br>&bull; whether the product is designated under physician treatment guidelines as a first-, second- or third-line therapy;<br>&bull; our ability, or the ability of any future collaborators, to offer the product for sale at competitive prices;<br>&bull; the product's convenience and ease of administration compared to alternative treatments;<br>&bull; **the willingness of the target patient population to try, and of physicians to prescribe, the product**;<br>&bull; limitations or warnings, including distribution or use restrictions contained in the product's approved labeling;<br>&bull; t**he strength of sales, marketing and distribution support**;<br>&bull; changes in the standard of care for the targeted indications for the product; and<br>&bull; availability and adequacy of coverage and reimbursement from government payors, managed care plans and other third-party payors.<br><br>**Any failure by AMX0035 or any other potential product candidate of ours that obtains regulatory approval to achieve market acceptance or commercial success would adversely affect our business prospects.** | |