# EXHIBIT W

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*]<br><br>Cohen Joshua B<br><br>(Last)    (First)    (Middle)<br><br>C/O AMYLYX PHARMACEUTICALS, INC.<br><br>43 THORNDIKE STREET<br><br>(Street)<br><br>CAMBRIDGE    MA    02142<br><br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>Amylyx Pharmaceuticals, Inc.  [ AMLX ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>01/06/2022<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>X  Director     10% Owner<br>X  Officer (give title below)   Other (specify below)<br>Co-Chief Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>  Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/06/2022 | | C | | 4,870[1] | A | $0.00 | 2,489,065 | D | |
| Common Stock | 01/06/2022 | | A | | 75,000[2] | A | $0.00 | 2,564,065 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Series C-1 Preferred Stock | [1] | 01/06/2022 | | C | | | 4,870 | [1] | [1] | Common Stock | 4,870 | $0.00 | 0 | D | |
| Stock Option (right to buy) | $19 | 01/06/2022 | | A | | 337,500 | | [3] | 01/06/2032 | Common Stock | 337,500 | $0.00 | 337,500 | D | |

**Explanation of Responses:**

1. Upon the closing of the Issuer's initial public offering, all shares of Series C-1 Preferred Stock will convert into the number of shares of Common Stock of the Issuer and have no expiration date.

2. The reported transaction involves the Reporting Person's receipt of a restricted stock unit award (a "RSU"). The RSU shall vest in 4 equal annual installments, with the first installment vesting on the first anniversary of the date of the grant, subject to the Reporting Person's continued service to the Issuer through such vesting date.

3. 1/4 of the shares subject to the option shall vest and become exercisable on the one year anniversary of the date of grant, and the remaining shares shall vest monthly over the remaining 36 months, subject to the Reporting Person's continuous service to the Issuer through such vesting date.

**Remarks:**

/s/ Joshua B. Cohen          01/10/2022

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Cohen Joshua B | Amylyx Pharmaceuticals, Inc. [ AMLX ] | X Director          10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/05/2022 | X Officer (give title below)    Other (specify below) |
| C/O AMYLYX PHARMACEUTICALS, INC. 43 THORNDIKE STREET | | Co-Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CAMBRIDGE      MA      02141 | | X    Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/05/2022 | | M | | 334,520 | A | $0.37 | 2,898,585 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $0.37 | 05/05/2022 | | M | | | 334,520 | (1) | 02/16/2023 | Common Stock | 334,520 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. This option is fully vested and exercisable.

**Remarks:**

| /s/ Joshua B. Cohen | 05/06/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
| --- | --- | --- | --- |
| Cohen Joshua B | Amylyx Pharmaceuticals, Inc. [ AMLX ] | X  Director | 10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 01/06/2023 | X  Officer (give title below) | Other (specify below) |
| C/O AMYLYX PHARMACEUTICALS, INC. | | Co-Chief Executive Officer | |
| 43 THORNDIKE STREET | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (Street) | | X  Form filed by One Reporting Person | |
| CAMBRIDGE    MA    02141 | | Form filed by More than One Reporting Person | |
| (City)       (State)      (Zip) | | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/06/2023 | | S[1] | | 4,122 | A | $36.0789[2] | 2,894,463 | D | |
| Common Stock | 01/06/2023 | | S[1] | | 1,846 | A | $36.7888[3] | 2,892,617 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents shares required to be sold by the Reporting Person to cover tax withholding obligations in connection with the vesting of restricted stock units. These sales were automatic and intended to qualify under Rule 10b5-1.

2. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $35.59 to $36.58. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

3. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $36.59 to $37.01. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

**Remarks:**

/s/ Joshua B. Cohen                    01/10/2023
** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Cohen Joshua B | Amylyx Pharmaceuticals, Inc. [ AMLX ] | X Director          10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/16/2023 | X Officer (give title below)      Other (specify below) |
| C/O AMYLYX PHARMACEUTICALS, INC. | | Co-Chief Executive Officer |
| 43 THORNDIKE STREET | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| CAMBRIDGE      MA          02141 | | Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | Rule 10b5-1(c) Transaction Indication | |

| Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/16/2023 | | S[1] | | 96,076 | D | $31.8396[2] | 2,796,541 | D | |
| Common Stock | 03/16/2023 | | S[1] | | 3,924 | D | $32.4451[3] | 2,792,617 | D | |
| Common Stock | 03/16/2023 | | A | | 50,000[4] | A | $0.00 | 2,842,617 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $32.08 | 03/16/2023 | | A | | 225,000 | | [5] | 03/16/2033 | Common Stock | 225,000 | $0.00 | 225,000 | D | |

**Explanation of Responses:**

1. These sales were effected by the Reporting Person pursuant to a Rule 10b5-1 trading plan adopted on November 15, 2022.

2. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $31.26 to $32.25. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

3. The price reported in Column 4 is a weighted average price. The shares were sold in multiple transactions at prices ranging from $32.26 to $32.93. Full information regarding the number of shares sold at each separate price can be furnished to the SEC staff upon request.

4. The reported transaction involves the Reporting Person's receipt of a restricted stock unit award (a "RSU"). The RSU shall vest in 4 equal annual installments, with the first installment vesting on the first day of the month of the one year anniversary of the date of grant, subject to the Reporting Person's continued service to the Issuer through such vesting date.

5. 1/4 of the shares subject to the option shall vest and become exercisable on the first day of the month of the one year anniversary of the date of grant, and the remaining shares shall vest monthly over the remaining 36 months, subject to the Reporting Person's continuous service to the Issuer through such vesting date.

**Remarks:**

| | |
| --- | --- |
| /s/ Joshua B. Cohen | 03/20/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# SCHEDULE 14A
**(Rule 14a-101)**

### INFORMATION REQUIRED IN PROXY STATEMENT
### SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:
☐   Preliminary Proxy Statement
☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material under §240.14a-12

# AMYLYX PHARMACEUTICALS, INC.
**(Name of registrant as specified in its charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):
☒   No fee required
☐   Fee paid previously with preliminary materials
☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Table of Contents

**Outstanding Equity Awards at Fiscal 2021 Year-End**

The following table sets forth information regarding outstanding equity awards held by our named executive officers as of December 31, 2021:

| Name | Grant Date | Number of Securities Underlying Options (#)Exercisable | Number of Securities Underlying Options (#)Unexercisable | Option Exercise Price($) | Option Expiration Date |
|---|---|---|---|---|---|
| Joshua Cohen | 2/16/2018(2) | 320,582 | 13,938 | 0.37 | 2/16/2023 |
| | 2/26/2020(3) | 45,842 | 54,158 | 1.57 | 2/26/2025 |
| | 2/19/2021(4) | — | 200,000 | 7.57 | 2/19/2026 |
| Justin Klee | 2/16/2018(2) | 320,582 | 13,938 | 0.37 | 2/16/2023 |
| | 2/26/2020(3) | 45,842 | 54,158 | 1.57 | 2/26/2025 |
| | 2/19/2021(4) | — | 200,000 | 7.57 | 2/19/2026 |
| James Frates | 1/25/2021(5) | — | 452,000 | 6.88 | 1/25/2031 |
| Margaret Olinger | 5/13/2019(6) | — | 41,157 | 0.37 | 5/13/2029 |
| | 5/13/2019(7) | — | 48,420 | 0.37 | 5/13/2029 |
| | 2/19/2021(8) | — | 65,000 | 6.88 | 2/19/2031 |

(1) All stock options have been granted pursuant to the terms of our 2015 Stock Option and Restricted Stock Plan, as amended. Pursuant to their respective employment agreements, in the event that Mr. Klee or Mr. Cohen are terminated without cause or resign for good reason, their time-based stock options will accelerate by twelve (12) months, and in the event that Mr. Klee, Mr. Cohen, Ms. Olinger or Mr. Frates is terminated without cause or resigns for good reason within 12 months following a change in control, any unvested shares subject to the executive's time-based stock options will fully accelerate.

(2) 6,977 shares subject to this stock option vested on March 16, 2018 and the remainder is scheduled to vest thereafter in 47 monthly installments of 6,969 shares.

(3) 25,012 shares subject to this stock option vested on February 26, 2021 and the remainder is scheduled to vest thereafter in 36 monthly installments of 2,083 shares.

(4) 50,024 shares subject to this stock option vest on February 19, 2022 and the remainder is scheduled to vest thereafter in 36 monthly installments of 4,166 shares.

(5) 113,024 shares subject to this stock option vest on January 25, 2022 and the remainder is scheduled to vest thereafter in 36 monthly installments of 9,416 shares.

(6) 33,898 shares subject to this stock option vested on November 13, 2019 and the remainder is scheduled to vest thereafter in 36 monthly installments of 2,421 shares.

(7) 33,898 shares subject to this stock option vested on February 1, 2020 and the remainder is scheduled to vest thereafter in 36 monthly installments of 2,421 shares.

(8) 16,256 shares subject to this stock option vest on February 19, 2022 and the remainder is scheduled to vest thereafter in 36 monthly installments of 1,354 shares.

Our board of directors approved option grants and restricted stock units to our named executive officers effective upon our IPO (the "IPO Grants"). The IPO Grants were granted under our 2022 Stock Option and Incentive Plan with an exercise price per share equal to the offering price in our IPO. Mr. Cohen and Mr. Klee each received options to purchase 337,500 shares of common stock and 75,000 restricted stock units, Mr. Frates received options to purchase 142,500 shares of common stock and 31,667 restricted stock units, and Ms. Olinger received options to purchase 127,500 shares of common stock and 28,333 restricted stock units. The options granted in connection with the IPO Grants will vest as follows: 25% of the shares subject to each award shall vest on the first anniversary of the effective date of the grant and the remaining 75% of the shares subject to each award shall vest in 36 monthly installments thereafter, subject to the named executive officer's continued service to us through each applicable vesting date. The restricted stock units granted in connection with the IPO Grants will vest as follows: 25% of the shares subject to each award shall vest on the first anniversary of the effective date of

the grant and the remaining 75% of the shares subject to each award shall vest in three yearly installments thereafter, subject to the named executive officer' continued service to us through each applicable vesting date.

*Additional Narrative Disclosure*

*401(k) Plan*

We maintain a tax-qualified retirement plan that provides eligible U.S. employees with an opportunity to save for retirement on a tax-advantaged basis. Plan participants are able to defer eligible compensation subject to applicable annual Internal Revenue Code limits. We provide a safe-harbor contribution of 3% of employee compensation to employees who satisfy the minimum service requirements. The 401(k) plan is intended to be qualified under Section 401(a) of the Internal Revenue Code with the 401(k) plan's related trust intended to be tax exempt under Section 501(a) of the Internal Revenue Code. As a tax-qualified retirement plan, contributions to the 401(k) plan and earnings on those contributions are not taxable to the employees until distributed from the 401(k) plan.

*Other Benefits*

Our named executive officers are eligible to participate in our employee benefit plans on the same basis as our other employees, including our health and welfare plans.

**Equity Compensation Plan Information**

The following table sets forth information as of December 31, 2021 regarding shares of common stock that may be issued under our equity compensation plans. Prior to our IPO we granted equity awards under our 2015 Stock Option and Restricted Stock Plan.

| Plan Category | Number of securities to be issued upon exercise of outstanding options (#) | Weighted-average exercise price of outstanding options ($) | Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in first column) |
|---|---|---|---|
| Equity compensation plans approved by security holders (1) | 5,339,011(2) | $ 5.54 | 1,444,492(3)(4) |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 5,339,011 | $ 5.54 | 1,444,492 |

(1)  Consists of our 2015 Stock Option and Restricted Stock Plan.
(2)  Includes 5,339,011 shares of common stock issuable upon the exercise of outstanding options. Does not include shares of restricted stock as they have been reflected in our total shares outstanding.
(3)  As of December 31, 2021, there were 1,444,492 shares available for grant under the 2015 Stock Option and Restricted Stock Plan.
(4)  Following our IPO, we have not and will not grant any awards under our 2015 Stock Option and Restricted Stock Plan, but all outstanding awards under the 2015 Stock Option and Restricted Stock Plan will continue to be governed by their existing terms. The shares of common stock underlying any awards granted under the 2015 Stock Option and Restricted Stock Plan or 2022 Stock Option and Incentive Plan that are forfeited, canceled, reacquired by us prior to vesting, satisfied without the issuance of stock, or otherwise terminated

31

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 14A
### (Rule 14a-101)

### INFORMATION REQUIRED IN PROXY STATEMENT
### SCHEDULE 14A INFORMATION

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒  Definitive Proxy Statement

☐  Definitive Additional Materials

☐  Soliciting Material under §240.14a-12

# AMYLYX PHARMACEUTICALS, INC.
#### (Name of registrant as specified in its charter)

#### (Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒  No fee required

☐  Fee paid previously with preliminary materials

☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Table of Contents

**Outstanding Equity Awards at Fiscal 2022 Year-End**

The following table sets forth information regarding outstanding equity awards held by our named executive officers as of December 31, 2022:

| Name | Grant Date | Option Awards (1)(3) | | Option Exercise Price($) | Option Expiration Date | Stock Awards (2)(3) | |
|---|---|---|---|---|---|---|---|
| | | Number of Securities Underlying Unexercised Options (#)Exercisable | Number of Securities Underlying Unexercised Options (#)Unexercisable | | | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)(4) |
| Joshua Cohen | 2/26/2020 (5) | 70,838 | 29,162 | 1.57 | 2/26/2025 | — | — |
| | 2/19/2021 (6) | 91,684 | 108,316 | 7.57 | 2/19/2026 | — | — |
| | 1/6/2022 | — | 337,500 | 19.00 | 1/6/2032 | — | — |
| | 1/6/2022 | — | — | — | — | 75,000 | 2,771,250 |
| Justin Klee | 2/26/2020 (5) | 70,838 | 29,162 | 1.57 | 2/26/2025 | — | — |
| | 2/19/2021 (6) | 91,684 | 108,316 | 7.57 | 2/19/2026 | — | — |
| | 1/6/2022 | — | 337,500 | 19.00 | 1/6/2032 | | |
| | 1/6/2022 | — | — | — | — | 75,000 | 2,771,250 |
| James Frates | 1/25/2021 (7) | 211,600 | 235,400 | 6.88 | 1/25/2031 | — | — |
| | 1/6/2022 | — | 142,500 | 19.00 | 1/6/2032 | — | — |
| | 1/6/2022 | — | — | — | — | 31,667 | 1,170,096 |
| | 2/11/2022 | — | 25,000 | 19.63 | 2/11/2032 | — | — |
| Gina M. Mazzariello | 2/22/2022 | — | 182,000 | 28.24 | 2/22/2032 | — | — |
| | 2/22/2022 | — | — | — | — | 41,000 | 1,514,950 |

(1)   Except as otherwise set forth below, each stock option award vests over four years, with respect to 25% of the shares on the first anniversary of the grant date and the remaining 75% of the shares in 36 equal monthly installments thereafter, subject to the named executive officer's continued service relationship with us on each applicable vesting date.

(2)   Each Stock Award represents RSUs which vest over four years in four equal annual installments following the grant date subject to the named executive officer's continued service relationship with us on each vesting date.

(3)   Pursuant to their respective employment agreements, in the event that Mr. Klee or Mr. Cohen are terminated without cause or resign for good reason, their time-based stock options and RSUs will accelerate by twelve (12) months, and in the event that Mr. Klee, Mr. Cohen, Mr. Frates or Ms. Mazzariello is terminated without cause or resigns for good reason within 12 months following a change in control, any unvested shares subject to the executive's time-based stock options and RSUs will fully accelerate.

(4)   Represents the market value of the shares subject to RSUs based on the closing price of our common stock on December 30, 2022, the last trading day of the 2022 fiscal year, of $36.95.

(5)   25,012 shares subject to this stock option vested on February 26, 2021 and the remainder is scheduled to vest thereafter in 36 monthly installments of 2,083 shares.

(6)   50,024 shares subject to this stock option vest on February 19, 2022 and the remainder is scheduled to vest thereafter in 36 monthly installments of 4,166 shares.

(7)   113,024 shares subject to this stock option vest on January 25, 2022 and the remainder is scheduled to vest thereafter in 36 monthly installments of 9,416 shares.

27