# EXHIBIT X

**EXHIBIT X**

**Justin Klee Equity Owned At Start Of Class Period Versus End of Class Period[1]**

| Equity Category | Shares Owned and Awards Vested as of November 11, 2022 | Shares Owned and Awards Vested as of November 8, 2023 |
|---|---|---|
| Common Stock | 2,823,585[2] | 2,717,617[3] |
| Common Stock Option (expiration 2/26/2025) | 66,672[4] | 91,668[5] |
| Common Stock Option (expiration 2/19/2026) | 83,352[6] | 133,344[7] |
| Common Stock Option (expiration 1/6/2032) | 0[8] | 154,687[9] |
| Restricted Stock Unit (granted 1/6/2022) | 0[10] | 18,750[11] |
| TOTAL | Start of Class Period: 2,973,609 | End of Class Period: 3,116,066 |
| | | 4.8% increase in holdings during the Class Period |

**Justin Klee Percentage of Equity Sold During Class Period**

| Sale Date | Amount of Shares | Shares Owned and Awards Vested as of Sale | Sale Amount as Percentage of Owned + Awards Vested |
|---|---|---|---|
| 1/6/2023 | 5,968 | 3,004,857[12] | 0.20% |
| 3/16/2023 | 100,000 | 2,961,387[13] | 3.38% |

---

[1] Plaintiff defines the Class Period as November 11, 2022 through November 8, 2023. AC ¶ 1. The information in this Exhibit is calculated from Forms 4 with various dates as set forth in the footnotes below, the Proxy Statement filed on Schedule 14A dated April 29, 2022 ("2022 Proxy"), and the Proxy Statement filed on Schedule 14A dated April 27, 2023 ("2023 Proxy"), assembled in Exhibit W to the Declaration of Morgan Mordecai, which the Court may consider because they are public records filed with the SEC and/or because they are incorporated into the AC by reference. *Clorox Co. Puerto Rico v. Proctor & Gamble Commercial Co.*, 228 F.3d 24, 32 (1st Cir. 2000).

[2] 2,898,585 shares (May 6, 2022 Form 4 at Table 1), less 75,000 in unvested restricted stock units ("RSUs") (Jan. 10, 2022 Form 4 at Table 1 & n.2). No sales were made prior to November 11, 2022.

[3] 2,842,617 shares (March 20, 2023 Form 4 at Table 1), less 50,000 in unvested RSUs granted March 16, 2023 and less 75,000 RSUs granted January 6, 2022 (Mar. 20, 2023 Form 4 at Table 1 & n.4; Jan. 10, 2022 Form 4 at Table 1 & n.2). No sales were made between this date and November 8, 2023.

[4] 2022 Proxy at 30 & n.3 (45,842 shares vested and exercisable as of December 31, 2021, plus additional vesting of 2,083 shares on the 26th day of each month (10 additional months as of November 11, 2022)).

[5] 2023 Proxy at 27 & n.5 (70,838 shares vested and exercisable as of December 31, 2022, plus additional vesting of 2,083 shares on the 26th day of each month (10 additional months as of November 8, 2023)).

[6] 2022 Proxy at 30 & n.4 (50,024 shares vested and exercisable as of February 19, 2022, and additional vesting of 4,166 shares on the 19th day of each month (8 additional months as of November 11, 2022)).

[7] 2023 Proxy at 27 & n.6 (91,684 shares vested and exercisable as of December 31, 2022, plus additional vesting of 4,166 shares on the 19th day of each month (10 additional months as of November 8, 2023)).

[8] 2023 Proxy at 27 & n.1 (337,500 stock option award, with 0 options vested as of December 31, 2022).

[9] 2023 Proxy at 27 & n.1 (1/4 of the 337,500 shares subject to the option (84,375 shares) vested and exercisable as of January 6, 2023, plus additional vesting of 7,031.25 shares on the 6th day of each month (10 additional months as of November 8, 2023)).

[10] 2023 Proxy at 27 & n.2 (75,000 RSU grant with 0 shares vested as of December 31, 2022).

[11] 2023 Proxy at 27 & n.2 (75,000 RSU grant 1/4 vested (18,750 shares) annually, starting on January 6, 2023).

[12] January 10, 2023 Form 4, Table I (2,898,585 shares at the time of the transaction) + 70,838 shares vested from the February 26, 2021 grant (calculated per n.4 above) + 91,684 shares vested from the February 19, 2022 grant (calculated per n.6 above), less the unvested portion of the 75,000 RSU grant (calculated per n.11 above). Mr. Klee did not convert, exercise, or sell any stock from the start of the Class Period until January 6, 2023.

[13] March 20, 2023 Form 4, Table I (2,892,617 shares at the time of the transaction) + 75,004 shares vested from the February 26, 2021 grant (calculated per n.4 above) +100,016 shares vested from the February 19, 2022 grant (calculated per n.6 above), less the unvested portion of the 75,000 RSU grant, less the 50,000 RSU grant from the same day.