# EXHIBIT Z

**EXHIBIT Z**

**James Frates Equity Owned At Start Of Class Period Versus End of Class Period[1]**

| Equity Category | Shares Owned and Awards Vested as of November 11, 2022 | Shares Owned and Awards Vested as of November 8, 2023 |
|---|---|---|
| Common Stock | 19,482[2] | 39,989[3] |
| Common Stock Option (expiration 1/25/2031) | 197,768[4] | 217,595[5] |
| Common Stock Option (expiration 1/6/2032) | 0[6] | 65,315[7] |
| Common Stock Option (expiration 2/11/2032) | 0[8] | 10,418[9] |
| Restricted Stock Unit (granted 1/6/2022) | 0[10] | 7,917[11] |
| TOTAL | Start of Class Period: 217,250 | End of Class Period: 341,234 |
| | | 57.1% increase in holdings during the Class Period |

**James Frates Percentage of Equity Sold During Class Period[12]**

| Sale Date | Amount of Shares | Shares Owned and Awards Vested as of Sale | Sale Amount as Percentage of Owned + Awards Vested |
|---|---|---|---|
| 1/6/2023 | 2,658 | 279,624[13] | 0.95% |
| 3/16/2023 | 32,500 | 308,507[14] | 10.53% |
| 5/16/2023 | 32,500 | 301,819[15] | 10.77% |

---

[1] Plaintiff defines the Class Period as November 11, 2022 through November 8, 2023. AC ¶ 1. The information in this Exhibit is calculated from the Forms 4 with various dates as set forth in the footnotes below, the Proxy Statement filed on Schedule 14A dated April 29, 2022 ("2022 Proxy"), and the Proxy Statement filed on Schedule 14A dated April 27, 2023 ("2023 Proxy"), assembled in Exhibit AA to the Declaration of Morgan Mordecai, which the Court may consider because they are public records filed with the SEC and/or because they are incorporated into the

AC by reference. *Clorox Co. Puerto Rico v. Proctor & Gamble Commercial Co.*, 228 F.3d 24, 32 (1st Cir. 2000).

[2] Jan. 10, 2022 Form 4 at Table I (showing only unvested RSUs); Apr. 26, 2023 Form 3, Table II & nn.1, 2 (19,482 shares of Class C-1 preferred stock held indirectly by Mr. Frates as trustee of the James M. Frates Grantor Retained Annuity Trust 2021, which automatically converted into common stock upon the closing of the Company's initial public offering)). No sales were made prior to November 11, 2022.

[3] Nov. 2, 2023 Form 4, Table I (includes 11,072 shares of common stock held indirectly by Mr. Frates as trustee of the FRATES FAMILY 2013 IRREV TRUST), less 21,667 in unvested RSUs granted March 16, 2023, less 31,667 RSUs granted January 6, 2022 (Mar. 24, 2023 Form 4/A at Table 1 & n.5; Jan. 10, 2022 Form 4 at Table 1 & n.1), and less 32,500 shares (Sept. 5, 2024 Form 4/A at Table 1 & n.1). No sales were made between this date and November 8, 2023.

[4] 2022 Proxy at 30 n.5 (113,024 shares vested and exercisable as of January 25, 2022, and additional vesting of 9,416 shares on the 25th day of each month (9 additional months as of November 11, 2022)).

[5] 2023 Proxy at 27 & n.7 (211,600 shares vested and exercisable as of Dec. 31, 2022, and additional vesting of 9,416 shares on the 25th day of each month (10 additional months as of November 8, 2023)) for a total of 305,760, minus options exercised during the class period as reflected in the January 4, 2023 Form 4 (5,000), March 24, 2023 Form 4/A (32,500), May 18, 2023 Form 4 (32,500), and August 24, 2023 Form 4 (18,165).

[6] 2023 Proxy at 27 & n.1 (142,500 stock option award, with 0 options vested as of December 31, 2022).

[7] Jan. 10, 2022 Form 4 at Table 2 & n.2 (1/4 (35,625) shares vested and exercisable as of January 6, 2023, and additional vesting of 2,969 shares on the 6th day of each month (10 additional months as of November 8, 2023)).

[8] 2023 Proxy at 27 & n.1 (25,000 stock option award, with 0 options vested as of December 31, 2022).

[9] Mar. 28, 2022 Form 4 at Table 2 & n.1 (1/4 (6,250) shares vested and exercisable as of February 11, 2023, and additional vesting of 521 shares on the 11th day of each month (8 additional months as of November 8, 2023)).

[10] 2023 Proxy at 27 & n.2 (31,667 RSU grant with 0 shares vested as of December 31, 2022).

[11] 2023 Proxy at 27 & n.2 (31,667 RSU grant 1/4 vested (7,917 shares) annually, starting on January 6, 2023).

[12] Plaintiff grossly overstates Mr. Frates's stock sales. First, it appears that Plaintiff has erroneously double-counted a sale that appeared on an amended Form 4/A dated March 24, 2023, which was already accounted for on a March 20, 2023 Form 4, resulting in a reduction of 32,500 shares sold and $1,036,459 from Plaintiff's alleged total shares sold and proceeds. *See* Ex. AA. Additionally, because Plaintiff does not consider the strike price that Mr. Frates paid to exercise his options as he converted them before each sale during the class period, Plaintiff overstates the proceeds on Mr. Frates's sales by $6.88 per share, or $447,200. Plaintiff also fails to account for the strike prices paid on the conversion of two other option exercises during the class period (5,000 shares on December 30, 2022 and 18,165 shares on August 23, 2023), which

total $159,375.20 that should be deducted from his net proceeds. Further, excluding, as Plaintiff should, the non-discretionary sales made for purposes of tax withholding associated with the vesting of restricted stock units (which total $96,481), the total proceeds from Mr. Frates's sales during the class period are $1,305,335.19, approximately 57% less than the "over $3 million" that Plaintiff alleges. *See* AC ¶ 157.

[13] 216,600 shares vested from the grant expiring January 25, 2031 (calculated per n.4 above) + 35,625 shares vested from the grant expiring January 6, 2032 (calculated per n.6 above) + 19,482 shares held in trust (*see* n.2 above) + 7,917 (1/4 vested RSU per n.11 above).

[14] Mar. 24, 2023 Form 4/A, Table I (66,509 shares at the time of the transaction, less 31,667 RSU) + 235,432 shares vested from the grant expiring January 25, 2031 (calculated per n.4 above) minus 37,500 options exercised (*see* n.5 above) + 41,563 shares vested from the grant expiring January 6, 2032 (calculated per n.7 above) + 6,771 shares vested from the grant expiring February 11, 2032 (calculated per n.9 above) + 19,482 shares held in trust (*see* n.2 above) + 7,917 (1/4 vested RSU per n.11 above).

[15] May 18, 2023 Form 4, Table I (88,176 shares at the time of the transaction, less 31,667 RSU and 21,667 RSU) + 254,264 shares vested from the grant expiring January 25, 2031 (calculated per n.4 above) minus 70,000 options exercised (*see* n.5 above) + 47,501 shares vested from the grant expiring January 6, 2032 (calculated per n.7 above) + 7,813 shares vested from the grant expiring February 11, 2032 (calculated per n.9 above) + 19,482 shares held in trust (*see* n.2 above) + 7,917 (1/4 vested RSU per n.11 above).