**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OLIVER SHIH, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMYLYX PHARMACEUTICALS, INC., JOSHUA B. COHEN, JUSTIN B. KLEE, JAMES M. FRATES, and MARGARET OLINGER,<br><br>*Defendants.* | Case No: 1:24-cv-12068-NMG<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Lead Plaintiff Oliver Shih ("Plaintiff"), hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement, which provides for the payment of $6.5 million in cash to resolve the securities class action against Defendants; (2) making a preliminary finding as to Class certification pursuant to Rules 23(a) and (b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency and settlement of this action in the form and manner set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of their motion, Plaintiffs rely on the Stipulation of Settlement and exhibits annexed thereto, the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, and the Declaration of Jeremy A. Lieberman submitted herewith, which are incorporated herein in their entirety, as well as the entire record in the Action.

1

Dated: May 4, 2026

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Samantha Daniels
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
sdaniels@pomlaw.com

*Counsel for Oliver Shih and Lead Counsel for the Class*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2026.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman